IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 DEC -7  A 9: 26

_Michael Lewis Wiley_
**Full name and prison number of plaintiff(s)**

            v.

_Lamar Glover, Commander McCarty,_
_C/o C. Miller, Head Nurse Speigner,_
_Mrs. Jackson (Kitchen Supervisor)_

_Houston Co. Jail Staff_
**Name of person(s) who violated your constitutional rights.**
**(List the names of all the persons)**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 1:05CV 1156-F
(To be supplied by the Clerk of the
  U.S. District Court)

I.  PREVIOUS LAWSUITS

    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )   No (✓)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?        Yes ( )   No (✓)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1.  Parties to this previous lawsuit:
            Plaintiff(s) _____

            Defendant(s) _____

        2.  Court (if federal court, name the district; if state court, name the county)
            _____

        3.  Docket No. _____

        4.  Name of Judge to whom case was assigned _____

5.    Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

_____

6.    Approximate date of filing lawsuit _____

7.    Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT _Houston County Jail_

_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Houston_
_COUNTY Jail_

III.  NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Sheriff Lamar Glover | Houston County Jail 901 E. Main St. ~~Dotan~~ Dothan AL. 36301 |
| 2. | Commander McCarty | " |
| 3. | C/O C. Miller | " |
| 4. | Nurse Speigner | " |
| 5. | Mrs. Jackson, Kitchen Supervisor | " |
| 6. | | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _October 3, 2005_ _and every day since then._

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Religious_ ~~and~~ _scrutiny and being subjected to cruel and unusual punishment for exersizing religious custom and belief._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place, manner, and person involved).
Since Oct. 3, 2005 I have been forced to endure harsh treatment and conditions by being placed on lock down by C/O C. Miller because I, a Hebrew Israelite, cannot cut my hair. I am also being denied contact with the outside world (telephone, visit, mail, et.) and denied resources to exercize my right to defend myself against serious accusations.

-2-

GROUND TWO: _Malnurishment_

SUPPORTING FACTS: On November 12, 2005 I fainted and hit my head on the floor. I have lost ten (10) lbs. (pounds) in my first 30 days ~~that~~ here and as a result of my rapid physical deterioration I am blacking out on a daily basis. I have recieved no medical help and the kitchen staff is forcing me to be a vegitarian. ~~There~~ They don't even give ~~me~~ a substitute. They just give me a peice of cheese. I'm not even getting 1,800 calories a day.

GROUND THREE: _Physical and Mental Anguish_

SUPPORTING FACTS: I am being denied any ~~~~ recreation, sunlight or fresh air and I'm also being forced to sleep on a cold-hard slab of sheet metal as of actions taken by Houston Co. Jail staff on Oct. 3, 2005. I am being denied contact with my family whom I haven't seen in ~~~~ years and are in constant pain because of this. Yet here I am being locked in a cold cell with no blanket or mat for half the day 23-24 hours a day.

**VI.**  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I am seeking relief in the amount of two million ~~~~ ($2,000,000.00) U.S. dollars from Houston County Jail

_Michael Wiley_
**Signature of plaintiff(s)**

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
(date)

_Michael Wiley_
**/ Signature of plaintiff(s)**

-3-