IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL LEWIS WILEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:05-cv-1156-F |
| | ) |
| **LAMAR GLOVER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ENTRY OF APPEARANCE

COMES NOW Gary C. Sherrer of the law firm of Sherrer, Jones & Terry, P.C., and hereby gives notice of his entry of appearance as counsel for Defendants, Sheriff Lamar Glover, Commander William McCarty, Correction Officer C. Miller and Nurse Practitioner Darla Speigner.

Dated this 3rd day of January, 2006.

Respectfully submitted,

**s/Gary C. Sherrer**
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants
SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## **CERTIFICATE OF SERVICE**

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Entry of Appearance upon, Michael Lewis Wiley, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 3rd day of January, 2006.

                                                    **s/Gary C. Sherrer**
                                                  OF COUNSEL