IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS WILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:05-cv-1156-F |
| | ) |
| LAMAR GLOVER, et al., | ) |
| | ) |
| Defendants. | ) |

## RESPONSE TO ORDER

COMES NOW Gary C. Sherrer of the law firm of Sherrer, Jones & Terry, P.C., as counsel for Defendants, Sheriff Lamar Glover, Commander William McCarty, Corrections Officer C. Miller and Nurse Practitioner Darla Speigner and does respond to this honorable Court's Order dated January 11, 2006 as follows:

That the plaintiff continues to reside in the Houston County Jail and that the plaintiff's mail was returned due to an error of the jail staff in the preparation of the jail's inmate mail roster. For more detailed information concerning the error and the steps taken to remedy the error and to help prevent such an error in the future, please refer to the affidavait of Commander William McCarty attached hereto as Exhibit A.

Dated this 12th day of January, 2006.

Respectfully submitted,

**s/Gary C. Sherrer**
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all listed parties, and I further certify that a copy of the foregoing has been served upon, Michael Lewis Wiley, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 12th day of January, 2006.

**s/Gary C. Sherrer**
OF COUNSEL