IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS WILEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: 1:05-CV-1156-MEF ) |
| LAMAR GLOVER, et al., | ) ) |
| Defendants. | ) |

## AFFIDAVIT

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority for administering oaths, personally appeared **William B. McCarty** of the Houston County Sheriff's Department, who is the Commander-Jail Operations for the Houston County Sheriff, Houston County, Alabama, who being by me first duly sworn, deposes and says as follows:

I am William B. McCarty and I am the Commander-Jail Operations of the Houston County Jail, Houston County, Alabama and have been employed by the Houston County Sheriff since June of 2004. My principal duties involve the administration of the Houston County Jail. Unless otherwise indicated herein, I have personal knowledge of the facts and information contained herein. I make this affidavit after review of this Court's Order of January 11, 2006, in attempt to address a jail staff error and respond to said Order.

On January 11, 2006, I was contacted by the county attorney to confirm whether or not the

EXHIBIT A

plaintiff was still incarcerated in the Houston County Jail. In doing so, I went to the records division of the Jail to determine the date of the plaintiff's release from the Jail. The records officer, while looking for the plaintiff's release date, found and advised me that the plaintiff was still incarcerated in the Houston County Jail. I then questioned the mail clerk about why the plaintiff's mail was refused and she informed me that the plaintiff was not on the jail's mail roster and had inadvertently been left off the mail roster. I caused the plaintiff's name to be returned to the mail roster that same day, January 11, 2006.

In an effort to try to keep such errors from occurring in the future, I have put in place a new procedure where the records and classification officer on duty must now review the jail roster on a daily basis to double check the mail clerk who prepares the mail. At this point, not only does the mail clerk prepare and review the inmate mail roster, the records and classification officer also reviews and double checks the roster on a daily basis for accuracy.

_____
WILLIAM B. McCARTY

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared **William B. McCarty**, who being sworn by me according to law, deposes and states that the matters and things alleged in the above Affidavit are true and correct to the best of his information, knowledge and belief.

Sworn to and subscribed before me on this the 12th day of January, 2006.

_____
NOTARY PUBLIC
My Commission Expires: ___12-9-08___