IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS WILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-1156-MEF |
| ) | |
| LAMAR GLOVER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the response to order filed by the defendants on January 12, 2006 (Court Doc. No. 9), and for good cause, it is

ORDERED that:

1. The order entered on January 11, 2006 (Court Doc. No. 8) requiring that the plaintiff supply the court with his correct address be and is hereby VACATED. The plaintiff is hereby advised that no response to this order is necessary.

2. The defendants shall file a special report in compliance with the directives of the order entered on December 16, 2005 (Court Doc. No. 4).

Done, this 13th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE