## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS WILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )　CIVIL ACTION NO.: 1:05-cv-1156-F |
| | ) |
| LAMAR GLOVER, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants in the above-styled cause, and respectfully request a nine (9) day extension through and until February 3, 2006, in which to file their Special Report and Answer filed with this court, and as grounds therefore state as follows:

1.      That Defendants Special Report and Answer is currently due in this case on January, 25, 2006.

2.      That due to training schedules, the undersigned has not been able to meet with and review all necessary documentation with defendants in order to prepare their affidavits to be made a part of the Defendant's Special Report and Answer.

3.      That three (3) of the five (5) defendants are scheduled to be out of town at a training seminar in Nashville from January 27, 2006 and will not return until after February 1, 2006.

WHEREFORE, Defendants respectfully request a nine (9) day extension through and until February 3, 2006, in which to file their Special Report and Answer in this case.

Dated this 25th day of January, 2006.

Respectfully submitted,


**s/Gary C. Sherrer**
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants


OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com


## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification to all listed parties, and I further

certify that a copy of the foregoing has been served upon, Michael Lewis Wiley, c/o Houston

County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the

U.S. Mail, postage prepaid and properly addressed on this 25th day of January, 2006.


**s/Gary C. Sherrer**
OF COUNSEL


F:\GCS\A-PLEADI\MOTIONS\EXTENSIO.N\WILEY