RECE[IVED]

Date : 1-31-06

2006 FEB -1 A 10: 43

DEBRA P. H/
U.S. DISTR
MIDDLE DK

RE: 1:05-CV-1156

To whom it may concern,

I am taking the time to inform the court that my address will be changing as of this day. I, Michael Wiley, Plaintiff in the above stated civil case, will now be recieving my mail at: <u>Michael Wiley #11314-002</u>
<u>Federal Correctional Institution</u>
<u>P.O. Box 4000</u>
<u>Manchester, KY. 40962-4000</u>

Respectfully Submitted,

Michael Wiley