IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS WILEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: 1:05-CV-1156-F ) |
| LAMAR GLOVER, et al., | ) ) |
| Defendants. | ) |

## AFFIDAVIT

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority for administering oaths, personally appeared **Carolyn Deloris Jackson** who is the Food Service Director with the Houston County Sheriff's Department, who being by me first duly sworn, deposes and says as follows:

My name is Carolyn Deloris Jackson, and I am over the age of nineteen (19) years and a resident of Houston County, Alabama.

I am presently employed by the Houston County Sheriff's Department as the Food Service Director at the Houston County Jail and was so employed at all times material to this lawsuit. Unless otherwise indicated herein, I have personal knowledge of the facts and information contained herein. I make this affidavit after review of the plaintiff's jail inmate file and the subject matter of plaintiff's Complaint in an attempt to address plaintiff's claims in this case.

EXHIBIT 3

The plaintiff is no longer housed in the Houston County Jail. While in the Houston County Jail, the plaintiff was a convicted/adjudicated prisoner.

The Houston County Jail has available administrative remedies through a complaint/grievance system and a request system. The plaintiff requested food without pork or beef. The plaintiff's request was been noted and implemented.

As Food Service Director, I see that all inmates in the Houston County Jail are served a proper diet intended to meet all nutritional requirements. All menus for meals in the Houston County Jail are reviewed by a licensed dietician. Jail menus provide on average 3,000 calories per day with adequate nutrients according to standards set by Food and Nutrition Board of the National Academy of Science. A true and correct copy of the Statement of Nutritional Adequate for the Houston County Jail is attached hereto as **Exhibit A**, and is incorporated herein by reference as if fully set forth. Also, a true and correct copy of the jail's four-week cycle menus which have been approved by the above-referenced dietician and which have been utilized since April 13, 2005 are attached hereto collectively as **Exhibit B**, and are incorporated herein by reference as if fully set forth. My staff and I prepare hot foods for the vast majority of meals and attempt to preserve heat by covering the trays.

The food service area at the Houston County Jail is inspected monthly by the Alabama Department of Public Health. Its inspection reports show the premises always passes said inspections, show generally high grades and have not had any violations of "critical items." In addition to multiple cleanings each day, the kitchen at the Houston County Jail is regularly treated to manage and control pests.

At all times complained of by the plaintiff, the plaintiff was served meals with an average

of 3,000 calories per day with adequate nutrients according to standards set by Food and Nutrition Board of the National Academy of Science. I have personally sent messages to the plaintiff explaining that we do not serve meals with pork or beef products at all. Even though the plaintiff was never served meals with beef or pork products it was common for the plaintiff to send parts of his meal back complaining that the food contained beef or pork products. The meats served by the Houston County Jail to inmates as a regular part of their meals include chicken, fish and soy bean burgers, turkey ham, turkey sausage as well as other meat products made from turkey.

CAROLYN DELORIS JACKSON

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared Carolyn Deloris Jackson, who being sworn by me according to law, deposes and states that the matters and things alleged in the above Affidavit are true and correct to the best of his information, knowledge and belief.

Sworn to and subscribed before me on this the 8th day of February, 2006.

NOTARY PUBLIC
My Commission Expires:   12-9-2008