

Management
Inc.

April 13, 2005

## STATEMENT OF NUTRITIONAL ADEQUACY

**The daily average calorie count for the menu exceeds 3000. Per standard procedures, this menu is reviewed and/or revised on an annual basis or more often if required.**

The attached menus with approval date of 4/13/2005 were written by **ABL Management, Inc.** for the **Houston County Jail** to be served as the Regular Menu in adult general population. They have been analyzed and approved using the Food Processor Plus Nutrition Analysis System from ESHA Research, Salem, Oregon. Per standard nutritional analysis protocol, the menus were divided into seven-day periods for evaluation purposes. As written and analyzed, the menus meet R.D.A.'s for all major nutrients as stated by the Food and Nutrition Board of the National Academy of Sciences, and contract stipulations.

R.D.A.s have been established by health care professionals to define the "target" level of recommended allowances (amounts) of energy and nutrients such as protein, vitamins, and minerals for people of a specific age, sex and activity level. The allowances are set at a higher level than to just maintain good nutrition in healthy persons. An intake of at least two-thirds of the R.D.A. level is considered adequate for most healthy humans. The age group chosen as the "standard" for this facility was 'males ages 25 to 50' leading a moderately active lifestyle

BABETTE G. LANIUS, MS, LDN, RD
Corporate Dietitian
Registration Number: 529770

EXHIBIT
A