**HOUSTON COUNTY JAIL**
Dothan, AL
#173
**ABL MANAGEMENT, INC.**
**MASTER MENU NUMBER 9-173**
**WEEK 1**

April 13, 2005

APPROVAL DATE: _____
DIETITIAN: Blum, MS, CSW, LD
REG. #: 52976

APPROVAL DATE: 4-25-05
FACILITY ADMINISTRATION: [signature]
MENU PROPOSED: 5/02; IMPLEMENTED: 6/02; 3/03
3/04; 3/05; 4/05
FOOD SERVICE DIRECTOR: [signature] Jackson
ABL MANAGEMENT, INC.

| | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **B R E A K F A S T** | Orange Juice | 1/2 C | Orange Juice | 1/2 C | Orange Juice | 1/2 C | Orange Juice | 1/2 C | Orange Juice | 1/2 C | Orange Juice | 1/2 C | Orange Juice | 1/2 C |
| | Cold Cereal | 1 C | Hot Cereal | 1 C | Hot Cereal | 1 C | Hot Cereal | 1 C | Hot Cereal | 1 C | Hot Cereal | 1 C | Cold Cereal | 1 C |
| | Scrambled Eggs | 4 OZ | Scrambled Eggs | 4 OZ | Scrambled Eggs | 4 OZ | Scrambled Eggs | 3 EA | Scrambled Eggs | 4 OZ | Cheese Omelet with Onions/Green Peppers | 4 OZ | Scrambled Eggs | 4 OZ |
| | | | | | | | Warm Syrup | 1/4 C | | | | | | |
| | Grilled T Ham | 1 OZ | T Sausage | 1 OZ | T Sausage | 1 OZ | T Sausage | 1 OZ | T Sausage | 1 OZ | Grilled T Bologna | 1 OZ | T Sausage | 1 OZ |
| | Toast | 2 SL | Biscuits (1/80) | 2 EA | Toast | 2 SL | Biscuits (1/80) | 2 EA | Toast | 2 SL | Biscuits (1/80) | 2 EA | Biscuits (1/80) | 2 EA |
| | Jelly | 2 TBP | Jelly | 2 TBP | Jelly | 2 TBP | Jelly | 2 TBP | Jelly | 2 TBP | Jelly | 2 TBP | Jelly | 2 TBP |
| | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP |
| | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA |
| | Coffee | 1 C | Coffee | 1 C | Coffee | 1 C | Coffee | 1 C | Coffee | 1 C | Coffee | 1 C | Coffee | 1 C |
| | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C |
| **L U N C H** | Breaded Fish Portion | 3 OZ | T Hot Dog (10/1) | 2 EA | Breaded Chicken Pattie | 3 OZ | Beef Pattie | 3 OZ | T Bologna | 2 OZ | Chili con Carne/Beans (2 OZ Meat) | 8 OZ | Grilled T Ham and Cheese on Bread | 2 OZ, 1 SL, 2 SL |
| | Burger Bun | 1 EA | Hot Dog Buns | 2 EA | Cheese | 1 SL | Hamburger Bun | 1 EA | Cheese | 1 SL | | | | |
| | Tartar Sauce | 1 TBSP | Mustard/Catsup PKT | 1 EA | Burger Bun | 1 EA | Lettuce Leaf/Onion Slice | 1 EA | Burger Bun | 1 EA | Seasoned Rice | 1/2 C | | |
| | | | | | Mustard/Catsup PKT | 1 EA | Mustard/Salad Drsg PKTS | 1 EA | Mustard/Salad Drsg PKTS | 1 EA | | | | |
| | Pinto Beans | 1/2 C | Baked Beans | 1/2 C | Potato Wedges | 1 C | Potato Wedges | 1 C | Navy Beans | 1/2 C | | | | |
| | | | | | Catsup PKT | 1 EA | Catsup PKT | 1 EA | | | | | | |
| | Cole Slaw | 1/2 C | Tossed Salad with Dressing | 1/2 C | Macaroni Salad | 1 C | Rotini Salad | 1 C | Tossed Salad with Dressing | 1/2 C | Cole Slaw | 1/2 C | Macaroni Salad | 1 C |
| | Pudding | 1/2 C | Baked Cookies | 2 EA | Baked Cookies | 2 EA | Pudding | 1/2 C | Pudding | 1/2 C | Baked Cookies | 2 EA | Fresh Orange | 1 EA |
| | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C |
| **D I N N E R** | Turkey ala King | 8OZ | Beef and Macaroni Cass (2OZ Meat) | 8OZ | Spaghetti With Meat Sauce (2 OZ Meat) | 1 C | Fried Chicken | 1 QTR | Meat Stew (1/2 C Veg) (2 OZ Meat) | 8 OZ | Whiting Square | 3 OZ | Roast Chicken | 1 QTR |
| | (2OZ Meat) | | | | | | Gravy | 1/4 C | | | Tartar Sauce | 1 TBP | | |
| | Seasoned Rice | 1/2 C | | | | | Seasoned Potatoes | 1/2 C | Seasoned Rice | 1 C | Mashed Potatoes | 1 C | Rice Pilaf | 1/2 C |
| | | | | | | | | | | | Catsup PKT | 1 EA | | |
| | Seasoned Vegetables | 1/2 C | Seasoned Vegetable | 1/2 C | Seasoned Vegetable | 1/2 C | Seasoned Vegetable | 1/2 C | Collard Greens | 1/2 C | Peas & Carrots | 1/2 C | Lima Beans | 1/2 C |
| | | | Salad with Dressing | 1/2 C | | | | | | | | | | |
| | Cornbread | 1/60 | Garlic Bread | 2 SL | Cornbread | 1/60 | Cornbread | 1/60 | Cornbread | 1/60 | Bread | 2 SL | Cornbread | 1/60 |
| | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP |
| | Brownie | 1/60 | Glazed Cake | 1/60 | Glazed Cake | 1/60 | Fresh Orange | 1 SVG | Glazed Cake | 1/60 | Fresh/Canned Fruit | 1 SVG | Brownie | 1/60 |
| | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C |

NOTE: All entrees and casseroles are cooked weight measurements. Salt and Pepper Pkts added as appropriate.
*Margarine and sugar are part of SOPs and recipes. Therefore they may not appear on all meal trays.


EXHIBIT B

APPROVAL DATE: April 13, 2005

DIETITIAN: Beve MS LON (signature)

REG. #: 39776

**HOUSTON COUNTY JAIL**
Dothan, AL
#173

**ABL MANAGEMENT, INC.**
MASTER MENU NUMBER 9-173
WEEK 2

APPROVAL DATE: 4-25-05

FACILITY ADMINISTRATION: W M Clf (signature)
MENU PROPOSED: 5/02; IMPLEMENTED: 6/02; 3/03
3/04; 3/05; 4/05

FOOD SERVICE DIRECTOR: (signature) Jackson

ABL MANAGEMENT, INC.

| | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **B R E A K F A S T** | Orange Juice | 1/2 C | Orange Juice | 1/2 C | Orange Juice | 1/2 C | Orange Juice | 1/2 C | Orange Juice | 1/2 C | Orange Juice | 1/2 C | Orange Juice | 1/2 C |
| | Hot Cereal | 1 C | Cold Cereal | 1 C | Hot Cereal | 1 C | Hot Cereal | 1 C | Hot Cereal | 1 C | Cold Cereal | 1 C | Hot Cereal | 1 C |
| | Scrambled Eggs | 4 OZ | Scrambled Eggs | 4 OZ | Scrambled Eggs | 4 OZ | French Toast | 3 SL | Cheese Omelet | | Scrambled Eggs | 4 OZ | Scrambled Eggs | 4 OZ |
| | | | | | | | Warm Syrup | 1/4 C | | | | | | |
| | Grilled T Bologna | 1 OZ | T Sausage | 1 OZ | Grilled T Bologna | 1 OZ | T Sausage | 1 OZ | Grilled T Ham | 1 OZ | T Sausage | 1 OZ | T Sausage | 1 OZ |
| | Toast | 2 SL | Biscuits (1/80) | | Toast | 2 SL | Toast | 2 SL | Biscuits (1/80) | | Toast | 2 EA | | |
| | Jelly | 2 TBP | Jelly | 2 TBP | Jelly | 2 TBP | Jelly | 2 TBP | Jelly | 2 TBP | Jelly | 2 TBP | Jelly | 2 TBP |
| | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP |
| | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA |
| | Coffee | 1 C | Coffee | 1 C | Coffee | 1 C | Coffee | 1 C | Coffee | 1 C | Coffee | 1 C | Coffee | 1 C |
| | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C |
| **L U N C H** | Breaded Chicken Pattie | 3 OZ | Beef Pattie | 3 OZ | T Hot Dogs | 2 EA | Breaded Fish Portion | 3 OZ | T Bologna and | 1 OZ | Beef and Noodle Casserole | 8 OZ | Spicy Turkey, Tomato Rice Casserole (2OZ Meat) | 8 OZ |
| | Lettuce Leaf/Onion Slice | 1 EA | Cheese | 1 SL | Hot Dog Buns | 2 EA | T Salami and | 1 EA | T Salami and | 1 OZ | | | | |
| | Bread | 2 SL | Burger Bun | 1 EA | Mustard/Catsup PKT | 1 EA | Tartar Sauce | 1 TBP | Cheese on | 1 SL | | | Cornbread | 1/60 |
| | Mustard/Salad Drsg PKTS | 1 EA | Mustard/Catsup PKT | 1 EA | | | | | Bread | 2 SL | Bread | 2 SL | | |
| | Potato Wedges | 1 C | Baked Beans | 1 C | Chili con Carne/Beans | 1/2 C | Mashed Potatoes | 1 C | Lettuce Leaf/Onion Slice | 1 EA | | | Pinto Beans | 1/2 C |
| | Catsup PKT | 1 EA | Lettuce Leaf/Onion Slice | 1 EA | | | Chips | 1 OZ | Mustard/Salad Drsg PKTS | 1 EA | | | | |
| | | | | | | | | | Potato Wedges | 1 C | Green Beans | 1/2 C | | |
| | | | | | Peas & Carrots | 1/2 C | | | | | | | | |
| | | | | | Cole Slaw | 1/2 C | Macaroni Salad | 1 C | Confetti Salad | 1 C | Potato Salad | 1 C | | |
| | | | | | | | | | | | Bread | 1 | | |
| | Baked Cookies | 2 EA | Fresh Orange | 1 EA | Baked Cookies | 2 EA | Glazed Cake | 1/60 | Glazed Cake | 1/60 | Baked Cookies | 2 EA | Baked Cookies | 2 EA |
| | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C |
| **D I N N E R** | Salisbury Steak | 3 OZ | Spaghetti With Meat Sauce (2 OZ Meat) | 1 C | Sliced Turkey | 3 OZ | Sliced T Ham | 3 OZ | Chili Mac Casserole (2 OZ Meat) | 8 OZ | Fried Chicken | 1 QTR | Country Fried Steak | 3 OZ |
| | Gravy | 1/4 C | | 4 OZ | Gravy | 1/4 C | Gravy | 1/4 C | | | Gravy | 1/4 C | Gravy | 1/4 C |
| | Buttered Rice | 1 C | | | Cornbread Stuffing | 1/2 C | Potatoes Au Gratin | 1/2 C | Cheese | 1 SL | Potatoes | 1/2 C | Rice Pilaf | 1/2 C |
| | Navy Beans | 1/2 C | Green Beans | 1/2 C | Mixed Vegetables | 1/2 C | Cooked Cabbage | 1/2 C | Seasoned Vegetable | 1/2 C | Blackeyed Peas | 1 C | Green Beans | 1/2 C |
| | | | Tossed Salad/Dressing | 1/2 C | | | Rotini Salad | 1/2 C | Tossed Salad/Dressing | 1/2 C | | | | |
| | Bread | 2 SL | Garlic Bread | 2 SL | Bread | 2 SL | Cornbread | 1/60 | Cornbread | 1/60 | Cornbread | 1/60 | Bread | 2 SL |
| | Margarine with Vit A&D* | 1 TBP | | | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP |
| | Glazed Cake | 1/60 | | | Glazed Cake | 1/60 | Glazed Cake | 1/60 | Brownie | 1/60 | Fresh Orange | 1 EA | Glazed Cake | 1/60 |
| | Pudding | 1/2 C | Pudding | 1/2 C | | | | | | | | | | |
| | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C |

NOTE: All entrees and casseroles are cooked weight measurements.  Salt and Pepper Pkts added as appropriate.

*Margarine and sugar are part of SOPs and recipes.  Therefore they may not appear on all meal trays.

**HOUSTON COUNTY JAIL**
Dothan, AL
#173
**ABL MANAGEMENT, INC.**
MASTER MENU NUMBER 9-173
WEEK 3

APPROVAL DATE: April 13, 2005
DIETITIAN: [signature] Blessing MS, LD, RD
REG. #: 5361776

APPROVAL DATE: 4-25-05
FACILITY ADMINISTRATION: [signature] W McL[ft]
MENU PROPOSED: 5/02; IMPLEMENTED: 6/02; 3/04; 3/05; 4/05
FOOD SERVICE DIRECTOR: [signature] C. Carlson
ABL MANAGEMENT, INC.

|  | SATURDAY |  | SUNDAY |  | MONDAY |  | TUESDAY |  | WEDNESDAY |  | THURSDAY |  | FRIDAY |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B R E A K F A S T | Orange Juice | 1/2 C | Orange Juice | 1/2 C | Orange Juice | 1/2 C | Orange Juice | 1/2 C | Orange Juice | 1/2 C | Orange Juice | 1/2 C | Orange Juice | 1/2 C |
|  | Hot Cereal | 1 C | Cold Cereal | 1 C | Hot Cereal | 1 C | Hot Cereal | 1 C | Cold Cereal | 1 C | Hot Cereal | 1 C | Hot Cereal | 1 C |
|  | Scrambled Eggs | 4 OZ | Scrambled Eggs | 4 OZ | Scrambled Eggs | 4 OZ | Large Pancakes | 3 EA | Scrambled Eggs | 4 OZ | Cheese Omelet | 4 OZ | Scrambled Eggs | 4 OZ |
|  |  |  |  |  |  |  | Warm Syrup | 1/4 C |  |  |  |  |  |  |
|  | Grilled T Bologna | 1 OZ | T Sausage | 1 OZ | Grilled T Ham | 1 OZ | T Sausage | 1 OZ | T Sausage | 1 OZ | Grilled T Ham | 1 OZ | T Sausage | 1 OZ |
|  | Toast | 2 SL | Toast | 2 SL | Toast | 2 SL | Biscuits (1/80) | 2 EA | Biscuits (1/80) | 2 EA | Toast | 2 SL | Biscuits (1/80) | 2 EA |
|  | Jelly | 2 TBP | Jelly | 2 TBP | Jelly | 2 TBP | Jelly | 2 TBP | Jelly | 2 TBP | Jelly | 2 TBP | Jelly | 2 TBP |
|  | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP |
|  | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA | Sugar PKTS* | 2 EA |
|  | Coffee | 1 C | Coffee | 1 C | Coffee | 1 C | Coffee | 1 C | Coffee | 1 C | Coffee | 1 C | Coffee | 1 C |
|  | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C | Reduced Fat Milk | 1 C |
| L U N C H | Beef Pattie | 3 OZ | T Hot Dogs | 2 EA | Spicy Meat & Tomato Rice Casserole (2 OZ Meat) | 8 OZ | T Ham | 2 OZ | Breaded Fish Portion | 3 OZ | Chili con Carne/Beans (2 OZ Meat) | 8 OZ | T Salami and Cheese on Bread (2 OZ Meat) | 2 OZ / 1 SL / 2 SL |
|  | Cheese | 1 SL | Hot Dog Buns | 2 EA |  |  | Cheese | 1 SL | Burger Bun | 1 EA |  |  |  |  |
|  | Burger Bun | 1 EA | Mustard/Catsup PKT | 1 EA |  |  | Bread | 2 SL | Tartar Sauce | 1 TBSP | Seasoned Rice | 1 C | Mustard/Salad Drsg PKTS | 1 EA |
|  | Mustard/Catsup PKT | 1 EA |  |  |  |  | Mustard/Salad Drsg PKTS | 1 EA |  |  |  |  | Lettuce Leaf/Onion Slice | 1 EA |
|  | Potato Wedges | 1 C | Baked Beans | 1 C | Pinto Beans | 1/2 C | Lettuce Leaf/Onion Slice | 1 EA | Great Northern Beans | 1 C |  |  |  |  |
|  | Catsup PKT | 1 EA |  |  |  |  | Chips | 1 OZ |  |  |  |  |  |  |
|  | Lettuce Leaf/Onion Slice | 1 EA | Cole Slaw | 1/2 C | Tossed Salad with Dressing | 1/2 C | Macaroni Salad | 1 C | Cole Slaw | 1/2 C | Tossed Salad with Dressing | 1/2 C | Mashed Potatoes | 1 C |
|  | Macaroni Salsa | 1 C | Cornbread | 1/60 |  |  |  |  |  |  | Cornbread | 1/60 |  |  |
|  |  |  | Margarine | 1 TBP | Fresh Orange | 1 EA |  |  |  |  | Margarine | 1 TBSP |  |  |
|  | Baked Cookies | 2 EA | Pudding | 1/2 C | Glazed Cake | 1/60 | Brownie | 1/60 | Glazed Cake | 1/60 | Baked Cookies | 2 EA | Baked Cookies | 2 EA |
|  | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C | Beverage with Vit C | 1 C |
| D I N N E R | Turkey ala King (2OZ Meat) | 8OZ | Beef and Macaroni Cass (2OZ Meat) | 8OZ | BBQ Chicken | 1 QTR | Beef Pattie | 3 OZ | Meat Loaf | 3 OZ | Fried Chicken | 1 QTR | Spaghetti With Meat Sauce (2 OZ Meat) | 1 C / 4 OZ |
|  |  |  |  |  | BBQ Sauce | 1 OZ | Gravy | 1/4 C | Gravy | 1/4 C | Gravy | 1/4 C |  |  |
|  | Seasoned Rice | 1/2 C |  |  | Rice Pilaf | 1/2 C | Steamed Noodles | 1 C | Mashed Potatoes | 1 C | Steamed Noodles | 1 C |  |  |
|  | Cooked Cabbage | 1/2 C | Green Beans | 1/2 C | Lima Beans | 1/2 C | Mixed Vegetables | 1/2 C | Turnips | 1/2 C | Peas & Carrots | 1/2 C | Green Beans | 1/2 C |
|  |  |  |  |  |  |  | Tossed Salad with Dressing | 1/2 C |  |  |  |  | Tossed Salad with Dressing | 1/2 C |
|  | Cornbread | 1/60 | Bread | 2 SL | Cornbread | 1/60 | Bread | 2 SL | Cornbread | 1/60 | Cornbread | 1/60 | Garlic Bread | 2 SL |
|  | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP | Margarine with Vit A&D* | 1 TBP |  |  |
|  | Glazed Cake | 1/60 | Brownie | 1/60 | Glazed Cake | 1/60 | Pudding | 1/2 C | Fresh Orange | 1 EA | Brownie | 1/60 |  |  |
|  | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C | Sweetened Tea* | 1 C |

NOTE: All entrees and casseroles are cooked weight measurements. Salt and Pepper Pkts added as appropriate.
*Margarine and sugar are part of SOPs and recipes. Therefore they may not appear on all meal trays.

HOUSTON COUNTY JAIL
Dothan, AL

#173
ABL MANAGEMENT, INC.
MASTER MENU NUMBER 9-173
WEEK 4

APPROVAL DATE: April 13, 2005

DIETITIAN: [signature] Blevins, MS, LD/N

REG #: 586776

APPROVAL DATE: 4-25-05

FACILITY ADMINISTRATION: W. M. Catt
MENU PROPOSED: 5/02; IMPLEMENTED: 6/02; 3/05; 4/05
3/04; 3/05; 4/05

FOOD SERVICE DIRECTOR: C. [signature]
ABL MANAGEMENT, INC.

| | SATURDAY | | | SUNDAY | | | MONDAY | | | TUESDAY | | | WEDNESDAY | | | THURSDAY | | | FRIDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **B R E A K F A S T** | Orange Juice | 1/2 C | | Orange Juice | 1/2 C | | Orange Juice | 1/2 C | | Orange Juice | 1/2 C | | Orange Juice | 1/2 C | | Orange Juice | 1/2 C | | Orange Juice | 1/2 C |
| | Cold Cereal | 1 C | | Hot Cereal | 1 C | | Cold Cereal | 1 C | | Hot Cereal | 1 C | | Hot Cereal | 1 C | | Hot Cereal | 1 C | | Hot Cereal | 1 C |
| | French Toast | 3 Sl. | | Scrambled Eggs | 4 OZ | | Scrambled Eggs | 4 OZ | | Scrambled Eggs | 4 OZ | | Scrambled Eggs | 4 OZ | | Scrambled Eggs | 4 OZ | | Cheese Omelet | 4 OZ |
| | Warm Syrup | 1/4 C | | | | | Biscuits (1/60) | 2 EA | | T Sausage | 1 OZ | | T Sausage | 1 OZ | | T Sausage | 1 OZ | | Grilled T Ham | 1 OZ |
| | T Sausage | 1 OZ | | Grilled T Ham | 1 OZ | | | | | | | | | | | Biscuits (1/60) | 2 EA | | | |
| | Toast | 2 Sl. | | | | | Jelly | 2 TBP | | Toast | 2 Sl. | | Grilled T Ham | 1 OZ | | Jelly | 2 TBP | | Toast | 2 Sl. |
| | Jelly | 2 TBP | | | | | | | | Jelly | 2 TBP | | | | | | | | Jelly | 2 TBP |
| | Margarine with Vit A&D* | 1 TBP | | Margarine with Vit A&D* | 1 TBP | | Margarine with Vit A&D* | 1 TBP | | Margarine with Vit A&D* | 1 TBP | | Margarine with Vit A&D* | 1 TBP | | Margarine with Vit A&D* | 1 TBP | | Margarine with Vit A&D* | 1 TBP |
| | Sugar PKTS* | 2 EA | | Sugar PKTS* | 2 EA | | Sugar PKTS* | 2 EA | | Sugar PKTS* | 2 EA | | Sugar PKTS* | 2 EA | | Sugar PKTS* | 2 EA | | Sugar PKTS* | 2 EA |
| | Coffee | 1 C | | Coffee | 1 C | | Coffee | 1 C | | Coffee | 1 C | | Coffee | 1 C | | Coffee | 1 C | | Coffee | 1 C |
| | Reduced Fat Milk | 1 C | | Reduced Fat Milk | 1 C | | Reduced Fat Milk | 1 C | | Reduced Fat Milk | 1 C | | Reduced Fat Milk | 1 C | | Reduced Fat Milk | 1 C | | Reduced Fat Milk | 1 C |
| **L U N C H** | Meatballs (1/2 OZ EA) | 3 OZ | | T Bologna and T Salami and Cheese on Bread | 1 OZ 1 OZ 1 SL 2 SL | | Chuck Wagon Pattie Brown Gravy Mashed Potatoes | 3 OZ 1/4 C 1 C | | Breaded Fish Portion Burger Bun Tartar Sauce | 3 OZ 1 EA 1 TBSP | | T Hot Dog (10/1) Hot Dog Buns Mustard/Catsup PKT | 2 EA 2 EA 1 EA | | Spicy Turkey, Tomato Rice Casserole (2OZ Meat) | 8 OZ | | Beef Pattie with Cheese on Burger Bun Mustard/Salad Drsg PKTS Baked Beans | 3 OZ 1 Sl. 1 EA 1 C 1 C |
| | Gravy | 1/4 C | | | | | | | | | | | | | | | | | | |
| | Bread | 2 EA | | | | | | | | | | | | | | | | | | |
| | Mashed Potatoes | 1/2 C | | Lettuce Leaf/Onion Slice Mustard/Salad Drsg PKTS | 1 EA 1 EA | | Blackeyed Peas | 1/2 C | | Mashed Potatoes | 1 C | | Kidney Beans | 1 C | | Pinto Beans | 1/2 C | | Chips | 1 OZ |
| | Cole Slaw | 1/2 C | | Potato Salad | 1 C | | Bread | 2 SL | | Cole Slaw | 1/2 C | | Tossed Salad with Dressing | 1/2 C | | Tossed Salad/Dressing | 1/2 C | | Tossed Salad with Dressing | 1/2 C |
| | | | | Fresh Orange | 1 EA | | Margarine | 1 TBP | | | | | Cornbread | 1/60 | | Cornbread | 1/60 | | Bread | 2 SL |
| | Baked Cookies | 2 EA | | Pudding | 1/2 C | | Brownie | 1/60 | | Baked Cookies | 2 EA | | Pudding | 1/2 C | | Baked Cookies | 2 EA | | Fresh Orange | 1 SVG |
| | Beverage with Vit C | 1 C | | Beverage with Vit C | 1 C | | Beverage with Vit C | 1 C | | Beverage with Vit C | 1 C | | Beverage with Vit C | 1 C | | Beverage with Vit C | 1 C | | Beverage with Vit C | 1 C |
| **D I N N E R** | Pepper Steak | 3 OZ | | Chicken Pattie | 3 OZ | | Sliced T Ham Cream Gravy | 3 OZ 1/4 C | | Meat Stew (1/2 C Veg) (2 OZ Meat) | 8 OZ | | Sliced Turkey Gravy | 3 OZ 1/4 C | | Breaded Beef Pattie Grilled Onions | 3 OZ 1/4 C | | Fried Chicken | 1 QTR |
| | Sauteed Peppers | 1/4 C | | | | | | | | | | | | | | | | | Chicken Gravy | 1/4 C |
| | Seasoned Rice | 1 C | | Macaroni & Cheese | 1/2 C | | Potatoes AuGratin | 1/2 C | | Seasoned Rice | 1/2 C | | Mashed Potatoes | 1/2 C | | Potatoes Augratin | 1/2 C | | Mashed Potatoes | 1/2 C |
| | Gravy | 1/4 C | | | | | | | | | | | | | | | Brown Gravy | 1/4 C | | | |
| | Carrots and Corn | 1/2 C | | Cooked Cabbage | 1/2 C | | Pinto Beans | 1/2 C | | Collard Greens | 1/2 C | | Seasoned Vegetable | 1/2 C | | Lima Beans | 1/2 C | | | |
| | Bread | 2 SL | | Cornbread | 2 SL | | Cornbread | 1/60 | | Cornbread | 1/60 | | Salad with Dressing Cornbread | 1/2 C 1/60 | | Bread | 2 SL | | | |
| | Margarine with Vit A&D* | 1 TBP | | Margarine with Vit A&D* | 1 TBP | | Margarine with Vit A&D* | 1 TBP | | Margarine with Vit A&D* | 1 TBP | | Margarine with Vit A&D* | 1 TBP | | Margarine with Vit A&D* | 1 TBP | | Margarine with Vit A&D* | 1 TBP |
| | Glazed Cake | 1/60 | | Glazed Cake | 1/60 | | Glazed Cake | 1/60 | | Glazed Cake | 1/60 | | Glazed Cake | 1/60 | | Glazed Cake | 1/60 | | | |
| | Sweetened Tea* | 1 C | | Sweetened Tea* | 1 C | | Sweetened Tea* | 1 C | | Sweetened Tea* | 1 C | | Sweetened Tea* | 1 C | | Sweetened Tea* | 1 C | | Sweetened Tea* | 1 C |

NOTE: All entrees and casseroles are cooked weight measurements. Salt and Pepper Pkts added as appropriate.

*Margarine and sugar are part of SOPs and recipes. Therefore they may not appear on all meal trays.