Houston County Jail
Policy and Procedure Directive

# INMATE RULES AND REGULATIONS

Date Issued: May 1, 1999　　　　　　　　　　　　　　Policy Number: E-301

**POLICY:**

It is the policy of the Houston County Jail to advise inmates, in writing, of inmate rules and regulations.

**PROCEDURE:**

The jail will provide each inmate admitted to general population a copy of the inmate rules and regulations.

The inmate rules and regulations handout will be reviewed by the Jail Administrator and updated as necessary.

ACJS 13-001

**EXHIBIT B**