

# INMATE GRIEVANCE FORM

DATE: _12-6-_____, 2005    POD/CELL LOCATION: _D-10_

INMATE NAME: _Michael Wiley_    INMATE NUMBER: _~~##~~ 54722_

NATURE OF GRIEVANCE OR INFORMATION: _While it is good that the kitchen FINALLY got my tray right. This morning I had sausage on my tray that had PORK FLAVORING in it making it a PORK BY-PRODUCT! Too bad I found this out AFTER I ate it. The C/O ~~####~~ told me it didn't have any pork in it. He lied to me. Hebrews are forbidden to ingest any part of filthy pig! That includes biproducts._

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? _I dont want that patty on my morning tray ever again._

OFFICER RESPONSE OR FINDING? _12/7/05 The kitchen is not allowed to serve any Pork By-Products. C/O Athey looked at the box + it is not Pork at all it is Turkey Sausage. We do not and never will serve any pork. The C/O did not lie to you. Sgt. Mal_

SGT. ON DUTY RESPONSE:_____

_I want my copy of this back._

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _12-7-05_

CORRECTIONS OFFICER SIGNATURE: _R Moore_

'MATE SIGNATURE: _Michael Wily_

# INMATE GRIEVANCE FORM

DATE: _____ 10 - 21 , 2005 _____ POD/CELL LOCATION: B 10 _____

INMATE NAME: Michael Wiley _____ INMATE NUMBER: 54722 _____

NATURE OF GRIEVANCE OR INFORMATION: Our commisary sheets back here in B-pod are not being turned in with the other commisary sheets. I have not been allowed to buy any hygeine products, stamps or paper for the last 3 weeks. I was told that we could purchase these items.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I would like to be allowed to buy writting material and hygeine. I want my commisory sheet turned in like every body elses. I need these items VERY badly. What good is throwing 2 sheets of paper and and an envelope under the door if I cant write anybody?

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: You do not have Commissary privlege Every week.

10-22-05 Sgt. [signature]

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _____ 10-24-05 _____

CORRECTIONS OFFICER SIGNATURE: H. Bush _____

INMATE SIGNATURE: Michael Wiley _____

# INMATE GRIEVANCE FORM

DATE: _10 - 12_____, 2005     POD/CELL LOCATION: _B 10_____

INMATE NAME: _Michael Wiley_____     INMATE NUMBER: _54722____

NATURE OF GRIEVANCE OR INFORMATION: _I ordered stationary (paper, pin, envelopes, stamps) and some hygeine products earlier this week, items that are allowed. This is the second commisary that I have not gotten and I know I have money on my account._

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? _I would like to receive the items that I ordered Sunday. It is important that I get them because I have legal work to do and letters to write._

OFFICER RESPONSE OR FINDING? _10-14-05 % Walker, I'm Wiley a commusary form was not submitted for commusary you have 18.50 in your account._

SGT. ON DUTY RESPONSE:_____

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _10-18-05_

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _Michael Wiley_

# INMATE GRIEVANCE FORM

DATE: _10-12_, 2005    POD/CELL LOCATION: _B 10_

INMATE NAME: _Michael Wiley_    INMATE NUMBER: _54722_

NATURE OF GRIEVANCE OR INFORMATION: I have a problem with my tray. A week ago the nurse cleared a tray for my religous diet. She told the Kitchen that I was to receive a vegetarian diet when Beef was served but I am allowed to eat poultry and fish whenever there are served. The Kitchen staff was following the diet until a few days ago when the Kitchen decided to switch me to full vegetarian. The Kitchen only gave me beans and rice today, I am feeling light-headed everytime I stand up. like I'm going to faint. I am starving

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I would like to receive my original tray as was specified by the Medical staff here. I am a Federal Inmate and also a Hebrew Isrealite. I would like my food and diet to be respected a little more because not a day goes by when there isn't something wrong on the cart. Either they don't have my food or the Kitchen has messed my tray up.

OFFICER RESPONSE OR FINDING? Original diet ordered 10-3-05. Re-ordered 10-14-05 & hand-carried to Kitchen.

SGT. ON DUTY RESPONSE: Cammadu McCarty 10-21-05

* * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 10-21-05

CORRECTIONS OFFICER SIGNATURE: JMcC

INMATE SIGNATURE: Michael Wiley

#14

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: Wiley, Michael   DATE: 7 JAN 06   JAIL NUMBER: 54722

CURRENT CELL: B-10   CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION                    DATES START/END

2 WKS    ⊘ SUSPENSION OF TELEPHONE PRIVILEGES_____/_____

2 WKS    ⊗ SUSPENSION OF COMMISSARY PRIVILEGES_____/_____

2 WKS    ⊗ LOSS OF VISITATION PRIVILEGES_____/_____

         ◯ MINIMUM/2 HOURS CELL RESTRICTION_____/_____

         ◯ OTHER  I/m is On indefinite RID

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?   YES_____   NO_____

OFFICER REQUESTING SANCTION/RESTRICTION: BARNES

OFFICER AUTHORIZING SANCTION/RESTRICTION: T. Walker  01-10-06

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

at approximately 0100 while performing cell checks in B-pod I noticed that the vent in cell # 10 was covered up with a 54 ro foam meal tray with a fork on it to hold it up. I entered the cell and removed it while I/ms were sleeping.

this is a violation of rule # 3: No paper products or any other type product will be placed over cell windows, vents, doors, cell lights or on walls.

Sgt. ___

SIGNATURE OF SGT. OR ASC/O

REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

#13

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: Wiley, Michael   DATE: 12-26-05   JAIL NUMBER: 54722

CURRENT CELL: B 10b   CELL I/M MOVED TO (IF APPLICABLE)

| TYPE OF SANCTION OR RESTRICTION | DATES START/END |
|---|---|

__1__ WKS  ☒ SUSPENSION OF TELEPHONE PRIVILEGES _____ /

__2__ WKS  ☒ SUSPENSION OF COMMISSARY PRIVILEGES _____ /

__2__ WKS  ☒ LOSS OF VISITATION PRIVILEGES _____ /   *Indefinite*

◯ MINIMUM 72 HOURS CELL RESTRICTION _____

◯ OTHER  *See other sanction*

NOT: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?   YES _____   NO _____

OFFICER REQUESTING SANCTION/RESTRICTION: C/O Coleman

OFFICER AUTHORIZING SANCTION/RESTRICTION: 12/27/05

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

On December 26, 2005 at approximately 01:21 while conducting an A through H watch tour, I found a cup, spoon, and a jail issued armband on the table in this cell. This is in violation of Houston County Jail Rule #10:

E.O.S.

#10 Inmates must maintain their cells and common areas in a clean, sanitary, and orderly condition.

SIGNATURE OF SGT. OR ASC/O



# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: Wiley, Michael          DATE: 11-04-05          JAIL NUMBER: 54722

CURRENT CELL: B-10          CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION                    DATES START/END

____ WKS   ◯ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

_2_ WKS    ⊗ SUSPENSION OF COMMISSARY PRIVILEGES 11-13-05 / 11-31-05

_2_ WKS    ⊗ LOSS OF VISITATION PRIVILEGES 11-13-05 / 11-19-05

           ◯ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

           ◯ OTHER _____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?   YES _____   NO _____

OFFICER REQUESTING SANCTION/RESTRICTION          OFFICER AUTHORIZING SANCTION/RESTRICTION
C/O BRANNON                                       11/07/05

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

At 2025 when I/m Wiley, Michael was rolled out for his hour (1/0), I observed I/m with his oranges hanging half-way off. He had one arm through his oranges and the other arm was not. I/m Wiley is in violation of rule # 1 stating "Uniforms (jump suits)will be worn at all times when an inmate is outside his/her cell. the uniform must be worn with the wording" Houston County Jail" on the outside, and the uniform must be buttoned completely." etc.

E. O. S.

SIGNATURE OF SGT. OR ASC/O          REVISED 07/2004 PER  W.B. MCCARTY, JAIL COMMANDER

```
ACRO372                ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2005 001690.00
OPER: INM                      CASE ACTION SUMMARY
PAGE:    1                     CIRCUIT  CRIMINAL                RUN DATE: 09/30/2005
==============================================================================
IN THE CIRCUIT COURT OF  HOUSTON                                    JUDGE: LKA

STATE  OF  ALABAMA                 VS      WILEY MICHAEL LEWIS
                                           C/O HOUSTON COUNTY JAIL
CASE: CC 2005 001690.00                    901 E MAIN STREET
                                           DOTHAN, AL  36301 0000

DOB: 08/20/1982      SEX: M  RACE: B  HT: 6 01  WT: 215   HR: BLK EYES: BRO
SSN: 238597657  ALIAS NAMES:
------------------------------------------------------------------------------
CHARGE01: REC STOLEN PROP 1ST  CODE01: RSP1  LIT: REC STOLEN PRO TYP: F #: 001
OFFENSE DATE: 10/13/2003                 AGENCY/OFFICER: 0380000

DATE WAR/CAP ISS:                        DATE ARRESTED: 09/29/2005
DATE    INDICTED: 08/16/2005             DATE   FILED: 09/30/2005
DATE    RELEASED:                        DATE  HEARING:
BOND       AMOUNT:        $5,000.00        SURETIES:

DATE 1: 10/05/2005   DESC: ARRG           TIME: 0900 A
DATE 2: 12/12/2005   DESC: JTRL           TIME: 0830 A

TRACKING NOS: WR 2005 013845 00  /                      /

   DEF/ATY: ADAMS RICHARD MARTIN     TYPE: C                        TYPE:
            PARKMAN & ASSOC.
            739 WEST MAIN ST.
            DOTHAN        AL 36301                     00000

PROSECUTOR: VALESKA DOUGLAS A

==============================================================================
OTH CSE: WR200501384500 CHK/TICKET NO:                GRAND JURY: 275-7
COURT REPORTER:                      SID NO:     000000000
DEF STATUS: JAIL                     DEMAND: Y                OPER: INM
==============================================================================
DATE     ACTIONS, JUDGEMENTS, AND NOTES
==============================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 9-29-05 | Defendant arrested on Writ from Indictment. Bond set at $5,000.00. Arraignment set for 10-5-05 at 9:00 a.m. Criminal Jury Trial TENATIVLEY set for 12-12-05 at 8:30 a.m. Clerk to Notify. |
| 9-30-05 | Deft advised of rights  s/ Mendheim, Judge  N: BA, MAdams, Jail |

```
ACRO372           ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2005 001689.00
OPER: INM                  CASE ACTION SUMMARY
PAGE:   1                  CIRCUIT   CRIMINAL              RUN DATE: 09/30/2005
============================================================================
IN THE CIRCUIT COURT OF  HOUSTON                               JUDGE: LKA

STATE  OF  ALABAMA              VS      WILEY MICHAEL LEWIS
                                        C/O HOUSTON COUNTY JAIL
CASE: CC 2005 001689.00                 901 E MAIN STREET
                                        DOTHAN, AL  36301 0000

DOB: 08/20/1982        SEX: M  RACE: B  HT: 6 01  WT: 215   HR: BLK EYES: BRO
SSN: 238597657  ALIAS NAMES:
----------------------------------------------------------------------------
CHARGE01: REC STOLEN PROP 1ST  CODE01: RSP1  LIT: REC STOLEN PRO TYP: F #: 001
OFFENSE DATE: 10/13/2003               AGENCY/OFFICER: 0380000

DATE WAR/CAP ISS:                      DATE ARRESTED: 09/29/2005
DATE    INDICTED: 08/16/2005           DATE     FILED: 09/30/2005
DATE    RELEASED:                      DATE   HEARING:
BOND      AMOUNT:      $5,000.00       SURETIES:

DATE 1: 10/05/2005  DESC: ARRG           TIME: 0900 A
DATE 2: 12/12/2005  DESC: JTRL           TIME: 0830 A

TRACKING NOS: WR 2005 013844 00  /                    /

   DEF/ATY: ADAMS RICHARD MARTIN      TYPE: C                      TYPE:
            PARKMAN & ASSOC.
            739 WEST MAIN ST.
            DOTHAN       AL 36301                      00000

PROSECUTOR: VALESKA DOUGLAS A
============================================================================
OTH CSE: WR200501384400 CHK/TICKET NO:                  GRAND JURY: 274-7
COURT REPORTER:                 SID NO:      000000000
DEF STATUS: JAIL                DEMAND: Y                     OPER: INM
============================================================================
DATE       ACTIONS, JUDGEMENTS, AND NOTES
============================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 9-29-05 | Defendant arrested on Writ from Indictment, Bond set at $5,000.00. Arraignment |
| | set for 10-5-05 at 9:00 a.m. Criminal Jury Trial TENATIVLEY set for 12-12-05 |
| | at 8:30 a.m. Clerk to Notify. |
| 9-30-05 | _[signatures]_ |
| | N: DA, M Adams, Jail |

## HOUSTON COUNTY JAIL
## JAIL DOCKET CARD

1733

| INMATE # | LAST NAME | FIRST | MIDDLE | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|
| 54722 | Wiley | Michael | Lewis | | | |

| ARRESTING AGENCY | DATE RECEIVED | TEMP. RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED |
|---|---|---|---|---|---|
| HCSD | 9-29-5 | | | | |

| RISK | STATUS | | FLOOR | CELL | DOCKET OFFICER | ARRESTING OFFICER |
|---|---|---|---|---|---|---|
| | | | G | | Culver | Wilson |

| AGE | DOB | SSN | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | AGENCY HOUSED FOR |
|---|---|---|---|---|---|---|---|---|---|
| 23 | 8-20-82 | 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 | A | M | 0'11 | 215 | Blk | Bro | Houston |

| ENTRANCE NCIC/BY | ENTRANCE HOUSTON/BY | ENTRANCE DPD/BY | FELONY CRIMINAL HISTORY/BY |
|---|---|---|---|
| Neg  C-S | Neg  J13 | Neg  C-S | |

| EXIT NCIC/BY | EXIT HOUSTON/BY | EXIT DPD/BY | ATTORNEY |
|---|---|---|---|
| | | | |

| HOLD 1 | DATE/BY 347-9989 Walker | HOLD RELEASE DATE/BY | HOLD 2 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| Coffee Co. | 10/28/05 | | | | |

| HOLD 3 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 4 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS | CITY | STATE | PROBATION/PAROLE OFFICER |
|---|---|---|---|
| 767 Headland Ave | Dothan | AL | |

| NEXT OF KIN | ADDRESS | CITY/STATE | PHONE | RELATION |
|---|---|---|---|---|
| Wanda Wiley | | | 677-2139 | Mother |

REMARKS: _____

| DID INMATE RECEIVE PHONE CALL? { Y }Y  { }N | DID INMATE RECEIVE JAIL RULES? { }Y  { }N |
|---|---|
| INMATE SIGNATURE  X  Michael Wiley | INMATE SIGNATURE  X |

SOUTHEASTERN PRINTERS OF DOTHAN / FORM HCJDC 334-792-2928

| INMATE # 54727 | | | NAME Michael Wiley | | | | |
|---|---|---|---|---|---|---|---|
| CHARGE Alias- Robbery 1st | | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR 03-1795 | CONVICTION |
| BOND Ø | | Arraignment to be set | | | | | |
| | | | | | | | |
| | | | | | | | |
| CHARGE Unit RSP 1st | | | WARRANT # | DC/TR | INDICTMENT# 274 ✓ | CC/CS/DR | CONVICTION |
| BOND 5,000 | | 11-14-5  8:30AM | | | | | |
| | | | | | | | |
| | | | | | | | |
| CHARGE Unit RSP 1st | | | WARRANT # | DC/TR | INDICTMENT# 275 ✓ | CC/CS/DR | CONVICTION |
| BOND 5,000 | | ↓ | | | | | |
| | | | | | | | |
| | | | | | | | |
| CHARGE FTA- Burb 2nd | | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR 03-1796 | CONVICTION |
| BOND Ø | | Arraignment to be set | | | | | |
| | | | | | | | |
| | | | | | | | |
| CHARGE RSP 1st | | | WARRANT # 05-13845 | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND 5,000 | | 10-31-5  830 pm | | | | | |
| | | | | | | | |
| | | | | | | | |

# HOUSTON COUNTY JAIL
## DOCKET CONTINUATION CARD

| INMATE# | | NAME | | | | | |
|---------|---|------|---|---|---|---|---|
| CHARGE  *RSP  1st* | | WARRANT# *05-13844* | DC/TR | INDICTMENT# | CC / CS / DR | CONVICTION |
| BOND  *5,000* | | | *10-31-5   830Am* | | | | |
| | | | | | | | |
| | | | | | | | |

| CHARGE | | WARRANT# | DC/TR | INDICTMENT# | CC / CS / DR | CONVICTION |
|--------|---|----------|-------|-------------|-------------|------------|
| BOND | | | | | | |
| | | | | | | |
| | | | | | | |

| CHARGE | | WARRANT# | DC/TR | INDICTMENT# | CC / CS / DR | CONVICTION |
|--------|---|----------|-------|-------------|-------------|------------|
| BOND | | | | | | |
| | | | | | | |
| | | | | | | |

| CHARGE | | WARRANT# | DC/TR | INDICTMENT# | CC / CS / DR | CONVICTION |
|--------|---|----------|-------|-------------|-------------|------------|
| BOND | | | | | | |
| | | | | | | |
| | | | | | | |

| CHARGE | | WARRANT# | DC/TR | INDICTMENT# | CC / CS / DR | CONVICTION |
|--------|---|----------|-------|-------------|-------------|------------|
| BOND | | | | | | |
| | | | | | | |
| | | | | | | |

# HOUSTON COUNTY JAIL
## BOOKING CHECK OFF LIST

DATE: 9-20-5     TIME: _____

SENIOR CORRECTIONS OFFICER(S) DUTY: Bonir

Inmate Name: Whitey, Michael     Inmate Number: 54122

**BOOKING OFFICER MUST INITIAL AFTER COMPLETING EACH ITEM AND SIGN IN THE PROPER SPACE.**

____ 1. All personal property secured
____ 2. Check in-house warrants
____ 3. Check for last incarceration
____ 4. Arrest report completed by arresting officer
____ 5. All charges listed on arrest report and bonds listed for each charge
____ 6. **Bond amount noted on warrant**
____ 7. All inmate property tagged/placed in envelope
____ 8. Property envelope completely filled out/signed by inmate
____ 9. All money counted/logged in money book
____ 10. Money envelope completed/supervisor counts
____ 11. SCO calls control and logs money in SCO money book
____ 12. SCO seals money/places in box
____ 13. **Check for outstanding warrants** ✓ NCIC ___ Dothan
____ 14. Inmate numbers properly assigned
____ 15. Inmate recorded in black book
____ 16. Inmate recorded on white pages
____ 17. **Docket I.D., floor card completed, and bond amount verified on docket card.**
____ 18. Fingerprint card completed
____ 19. Medical screen completed
____ 20. Affidavit of hardship completed
____ 21. Green disposition form completed (FBI)
____ 22. Property hold form (telephone call, bond applied)
____ 23. Fingerprinted/photographed/entered in computer
____ 24. Property card completed
____ 25. Visitor/Telephone list completed
____ 26. Inmate handbook received
____ 27. **Bond completed/amount checked against warrant**
____ 28. **Correct court date noted on bond**
____ 29. **Inmate and surety signature on bond**
____ 30. **All pass on information documented in pass book**

_____
Signature of Booking Officer(s)

Shelleys X877

# HOUSTON COUNTY SHERIFF'S DEPARTMENT PROPERTY HOLD

| I/M NUMBER | LAST NAME | FIRST NAME | M.I. |
|---|---|---|---|
| 54722 | Wiley | Michael | L |

| CASH | HOLD 1 | HOLD 2 |
|---|---|---|
| | | |

OTHER ITEMS:

I DO/DO NOT GIVE MY PERMISSION FOR ALL MY INCOMING MAIL TO BE INSPECTED.  I UNDERSTAND THAT IF I DO NOT GIVE MY PERMISSION FOR MY MAIL TO BE INSPECTED, IT WILL BE RETURNED TO SENDER.

X_____ DATE_____

I,_____, MADE APPLICATION TO THE BONDING COMPANY OF MY CHOICE.

X_____ DATE_____

I,_____, RECEIVED FROM THE HOUSTON COUNTY SHERIFF DEPARTMENT ALL MY PROPERTY, AND MONEY UPON RELEASE.

X_____ DATE_____

I WAS ALLOWED TO MAKE A PHONE CALL.

X X Michael Wiley_____ DATE  9-29-5

I RECEIVED A COPY OF THE JAIL RULES AND REGULATIONS.

X_____ DATE_____

WITNESS_____ DATE  9-29-5

## HOUSTON COUNTY JAIL
### RECEIPT OF ARMBAND

I _____ have received an armband from Houston
County Jail. I must wear this armband at all times while incarcerated in the
Houston County Jail. I understand that I must have the armband on to receive
medication, commissary, mail or any other items from the jail staff. If I am caught
with out my armband I will receive a sanction. I must turn in this armband upon
release from the jail. I can not give this armband to any other inmate.

_____
Inmate Signature

_____
C/O Signature

9-29-5
_____
Date

9-29-5
_____
Date

## HOUSTON COUNTY SHERIFFS OFFICE

### INMATE INFORMATION SHEET

Page    1

---

BOOKING NO:    **050003788**                                      LOCAL ID:    **54722**

Name    : **WILEY MICHAEL LEWIS**

Address: **545 EAST BANNER STREET**

City    : **MIDLAND CIRY**      State: **AL** Zip: **36303**



## Physical Description

Race  : **BLACK**                    Hair :  **BLACK**

Gender: **MALE**                     Eyes:  **BROWN**

Height: **6 ' 01 "**                 Complexion:  **MEDIUM**

Weight: **215**                      DOB:  **08/20/1982**      Age: **23**

Scars/Tattoos:

## Personal Information

DL State : **NO**                    Home Phone :

DL Number: **NONE**                  Work Phone :

SSN: **238 59 7657**

SID:

## Booking Information

Arrest Date: **09/29/2005**          Booking Officer: **CULVER**

Arrest Dept: **HCSD**                Booking Date: **09/29/2005**

Arrest Offcr: **WILSON**             Booking Time: **17:45**

Search Offcr: **CULVER**             Facility: **01**

Meal Code: **01**                    Cell Assignment:

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| **ALIAS-ROBBERY1ST** | **$00.00** | **0** | **PENDING** |
| **WRIT RSP1ST** | **$00.00** | **0** | **PENDING** |
| **WRIT RSP1ST** | **$00.00** | | **PENDING** |
| **BURG2ND** | **$00.00** | **0** | **PENDING** |
| **RSP1ST** | **$00.00** | **5000** | **PENDING** |
| **RSP1ST** | **$00.00** | **5000** | **PENDING** |

54722

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2003 001795.00
OPER: AML                    CASE ACTION SUMMARY
PAGE:   1                    CIRCUIT  CRIMINAL                 RUN DATE: 12/17/2003
================================================================================
 THE CIRCUIT COURT OF  HOUSTON                                         JUDGE: LKA

STATE  OF  ALABAMA                   VS      WILEY MICHAEL LEWIS
                                             545 E BANNER STREET
CASE: CC 2003 001795.00
                                             MIDLAND CITY, AL  36350 0000

DOB: 08/20/1982        SEX: M  RACE: B  HT: 6 01  WT: 215   HR: BLK EYES: BRO
SSN: 238597657  ALIAS NAMES:
================================================================================
CHARGE01: ROBBERY 1ST          CODE01: ROB1  LIT: ROBBERY 1ST    TYP: F #: 001
OFFENSE DATE: 07/03/2003               AGENCY/OFFICER: 0380100 CPL M E

DATE WAR/CAP ISS:                      DATE ARRESTED: 07/10/2003
DATE    INDICTED: 11/26/2003           DATE    FILED: 12/17/2003
DATE   RELEASED: 07/11/2003            DATE  HEARING:
BOND     AMOUNT:      $5,000.00 S       SURETIES: A-ADVANTAGE BONDING.
                      No Bond
DATE 1: 01/21/2004  DESC: ARRG         TIME: 0900 A
DATE 2: 03/08/2004  DESC: JTRL         TIME: 0830 A

TRACKING NOS: DC 2003 001702 00  /

   DEF/ATY: PARKMAN JAMES W III       TYPE: R  Martin Adams (C)    TYPE:
            739 W MAIN ST                 WD
            DOTHAN           AL 36301                        00000

PROSECUTOR: VALESKA DOUGLAS A
                                            9-29-05 Arrested on AW
================================================================================
OTH CSE: DC200300170200 CHK/TICKET NO: 103005802        GRAND JURY: 31
COURT REPORTER:                 SID NO:    000000000
    STATUS: BOND                DEMAND: Y                      OPER: AML
DATE        ACTIONS, JUDGEMENTS, AND NOTES
================================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 1-12-2004 | Motion to Withdraw. |
| 1/14/04 | Attorney James Parkman's motion to withdraw is granted. |
| 1-20-04 | notfd    J. Parkman    Larry K. Anderson, Judge |
|  | + DA |
| 1-21-2004 | On defendant's failure to appear for (arraignment)(trial), bond forfeited, alias writ of arrest issued, appeal dismissed and case remanded to proper court. No bond    ~~Denny Holloway~~ |
| 1-29-04 | NOTIFIED ALL PARTIES |
| 12-1-04 | alias + forf issues |
| 9-29-05 | Deft arrested on AW. No Bond. Arraignment set for 10-5-05 at 9:00AM. Criminal Jury Trial TENTATIVELY set for 12-12-05 at 8:30AM. Clerk to notify    9/30/05 |

```
ACR0372                ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: CC 2003 001796.00
OPER: AML                    CASE ACTION SUMMARY
PAGE:  1                    CIRCUIT   CRIMINAL              RUN DATE: 12/17/2003
```

IN THE CIRCUIT COURT OF  HOUSTON                                       JUDGE: LKA

STATE  OF  ALABAMA                VS      WILEY MICHAEL LEWIS
                                          545 E BANNER ST
CASE: CC 2003 001796.00
                                          MIDLAND CITY, AL   36350 0000

DOB: 08/20/1982          SEX: M   RACE: B   HT: 6 01   WT: 215    HR: BLK EYES: BRO
SSN: 238597657   ALIAS NAMES:

CHARGE01: BURGLARY 2ND DEGREE   CODE01: BUR2  LIT: BURGLARY 2ND D TYP: F #: 001
OFFENSE DATE: 07/03/2003                    AGENCY/OFFICER: 0380100 CPL M E

DATE WAR/CAP ISS:                          DATE ARRESTED: 07/10/2003
DATE      INDICTED: 11/26/2003             DATE     FILED: 12/17/2003
DATE      RELEASED: 07/11/2003             DATE   HEARING:
BOND      AMOUNT:        $3,000.00 S  ~No Bond~   SURETIES: A-ADVANTAGE BONDING,

DATE 1: 01/21/2004  DESC: ARRG              TIME: 0900 A
DATE 2: 03/08/2004  DESC: JTRL              TIME: 0830 A

TRACKING NOS: DC 2003 001701 00  /                             /
                                          *WD*
   DEF/ATY: PARKMAN JAMES W III      TYPE: R                          TYPE:
           737 N MAIN ST         *Martin Adams (c)*
             DOTHAN        AL 36301                        00000

PROSECUTOR: VALESKA DOUGLAS A
                                          *9-29-05 Arrested on M*
```
```
OTH CSE: DC200300170100 CHK/TICKET NO:                    GRAND JURY: 30
COURT REPORTER:                    SID NO:      000000000
DEF STATUS: BOND                   DEMAND: Y                    OPER: AML
```
```
DATE      ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 1-12-2004 | Motion to Withdraw. |
| 1/14/04 | Attorney James Parkman's motion to withdraw is granted. |
| 1-20-04 | *reffd @ Parkman* — *Larry K. Anderson, Judge* |
|  | *+DA* |
| 1-21-2004 | On defendant's failure to appear for (arraignment)(trial) bond forfeited, alias writ of arrest issued, appeal dismissed and case remanded to proper court. *No Bond* — *Denny Holloway, Judge* |
| 1-29-04 | **NOTIFIED ALL PARTIES** |
|  | (*2-16-04 alias + forf issued*) |
| 9-29-05 | *Deft arrested on AW. No Bond. Arraignment set for 10-5-05 at 9:00 am. Criminal Jury Trial tentatively set for 12-12-05 at 8:30 am. Clerk to notify.* |
|  | *N. DA,* |

# ALABAMA UNIFORM ARREST REPORT

| DOMESTIC VIOLENCE DUAL ARREST | | Fingerprinted? | Photo Completed |
|---|---|---|---|
| | | 1 Yes | 1 Yes |
| | | 2 No | 2 No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

| 1 ORI# | 2 AGENCY NAME | | 3 CASE # | 4 SFX |
|---|---|---|---|---|
| 0,3,8,0,0,0,0 | Houston County Sheriffs Dept. | | 0,5,2,7,2,0,6,8,7 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Wiley Michael Lewis | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 M | 1 W 3 A 5 H | 6'1" | 205 | Bro | Blk | med | 1 SCARS | 2 MARKS | 3 TATTOOS | 4 AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Sanford   North Carolina | 2 3 8 1 - 5 9 - 7 6 5 7 | 0 8 2 9 8 2 | 23 | 54722 |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | N/A | N/A |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26  1 RESIDENT  2 NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 767 Headland Avenue Dothan Al 3830l | (334 )673-3471 | N/A |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| N/A | N/A | ( ) N/A |

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? |
|---|---|---|
| 901 E MAIN St Dothan Al 36301 | Z 0 M E 0 4 | X YES  NO / 1 IN STATE  2 OUT OF STATE CODE |

| 36 CONDITION OF ARRESTEE: | 1 DRUNK  2 SOBER | 37 RESIST ARREST?  1 YES  2 NO | 38 INJURIES?  1 OFFICER  2 ARRESTEE | 39 ARMED?  1 Y  2 N | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|---|
| | 1 DRINKING  2 DRUGS | | 3 NONE | | 1 HANDGUN  2 OTHER FIREARM  3 RIFLE  4 OTHER WEAPON  5 SHOTGUN |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE OF ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0 9 2 9 0 5 | 6:43  1 AM  2 MIL. | S 1 M 2 T 3 W 4 T X5 F 6 S 7 | 1 ON VIEW  2 CALL  3 WARRANT | 1 YES  2 NO  3 UNKNOWN |

| 48 CHARGE – 1 | 1 FEL  2 MISD | 47 UCR CODE | 48 CHARGE – 2 | 1 FEL  2 MISD | 49 UCR CODE |
|---|---|---|---|---|---|
| RSP I | | | RSP I | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| 13A-8-17 | 274 | 0 8 1 6 0 5 | 13A-8-17 | 275 | 0 8 1 6 0 5 |

| 56 CHARGE – 3 | 1 FEL  2 MISD | 57 UCR CODE | 56 CHARGE – 4 | 1 FEL  2 MISD | 59 UCR CODE |
|---|---|---|---|---|---|
| Robbery I   FTA | | | Burglary II   FTA | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| 13A-8-41 | 110932 | 0 4 2 0 0 4 | 03-1796 | 0 4 2 0 0 4 |

| 66 ARREST DISPOSITION | 87 IF OUT ON RELEASE WHAT TYPE? | 88 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| 1 HELD  4 TOT—LE | | |
| 2 BAIL  5 OTHER | | 89 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |
| 3 RELEASED | | |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO | TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 78 VIN | 79 IMPOUNDED?  1 YES  2 NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | CONTINUED IN NARRATIVE |
|---|---|
| | |

## JUVENILE

| 82 JUVENILE DISPOSITION: | 1 HANDLED AND RELEASED  2 REF. TO JUVENILE COURT | 3 REF. TO WELFARE AGENCY  4 REF. TO OTHER POLICE AGENCY | 5 REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|
| | | | | |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE |
|---|---|---|
| | | ( ) |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE |
|---|---|---|---|
| | | | ( ) |

## RELEASE

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| M D Y :  1 AM 2 PM  3 MIL. | | | |

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| | | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE  1 YES  2 NO  3 PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|
| | | |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| Bond set at (1) $5,000.00 (2) $5,000.00 (3) No bond (4) No bond (5) $5,000.00 (6) $5,000.00 |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE |
|---|---|---|
| | | STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE  Y  N |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|
| Wilson, Scott | 3835 | Spivey, Scott | 3829 | ID # | ID # |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC — 34 REV. 7-04

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL ARREST NARRATIVE CONTINUED | 117 DATE AND TIME OF ARREST | | 118 CASE # | 119 SFX |
|---|---|---|---|---|
| | M   D   Y | :   ☐ AM ☑ PM ☐ MIL. | | |

120 ADDITIONAL ARREST INFORMATION

⑤ Rec Stolen property I   13A-008-017(A) / 04/05/05 / $5000⁰ᵉˢ   05-13845

⑥ Rec St Property I   13A-008-017(A) / 04/05/05 / $5000⁰⁰   118174

☐ CONTINUED ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**

# HOUSTON COUNTY JAIL DOCKET
## WAIVER VERIFICATION FORM

Date: _9.29-05_

☑ To Whom It May Concern:

I, _Jay Brannon_ with ~~Southern Court Services~~, Transcor,
**PTS, HCSO Deputy**, did not leave an original, or a certified copy, of the
waiver of extradition with Houston County Docket Officer
_D. Culver_ when I delivered inmate _Michael Wiley_

Feel free to call me with any problems/questions at ( ) _673-3148_ .

Sincerely,

_Jay Brannon_

Transporter for
**Southern Court Services,
Transcor, PTS, HCSO Deputy**

Witness: _____

☐ To Whom It May Concern:

I, _____ with **Southern Court Services,
Transcor, PTS, HCSO Deputy**, did leave an original, or a certified copy, of
the waiver of extraditions with Houston County Docket Officer
_____ when I delivered inmate _____.

Feel free to call me with any problems/questions at ( )_____.

Sincerely,

Transporter for
**Southern Court Services,
Transcor, PTS, HCSO Deputy**

Witness: _____

FORM VII

AGREEMENT ON DETAINERS

> IMPORTANT: This form should only be used when an offer of temporary custody has been received as the result of a *prisoner's request* for disposition of a detainer. If the offer has been received because another prosecutor in your state has initiated the request, use Form VIII. Copies of Form VII should be sent to the warden/superintendent, the prisoner, the other jurisdictions in your state listed in the offer of temporary custody, and the Agreement Administrator of both the sending and receiving states. Copies should be retained by the person filing the acceptance and the judge who signs it.

## PROSECUTOR'S ACCEPTANCE OF TEMPORARY CUSTODY OFFERED IN CONNECTION WITH A PRISONER'S REQUEST FOR DISPOSITION OF A DETAINER

TO:  Charles E. Samuels, Jr. _____ FCI Manchester _____
      (Warden/Superintendent/Director)                              (Institution)

   805 Fox Hollow Road, Manchester, KY  40962-3000 _____
                              (Address)

In response to your letter of ____ June 16, 2005 _____ and offer of temporary custody
                              (Date)

regarding __ Michael Lewis Wiley #11314-002 _____ who is presently under
                     (Name of Prisoner)

indictment, information or complaint in the ___ 20th Judicial Circuit _____ of which I
                                                        (Jurisdiction)

am __ District Attorney _____ , please be advised that I accept temporary custody and
        (Title of Prosecuting Officer)

that I propose to bring this person to trial on the indictment, information or complaint named in the offer within the time specified in Article III(a) of the Agreement on Detainers.

   I hereby agree that immediately after the trial is completed in this jurisdiction, I will return the prisoner directly to you or allow any jurisdiction you have designated to take temporary custody. I agree also to complete Form IX, the Notice of Disposition of a Detainer, immediately after trial.

COMMENTS: [If your jurisdiction is the only one named in the offer to take temporary custody use the space below to indicate when you would like to send your agents to conduct the prisoner to your jurisdiction. If the offer of temporary custody has been sent to other jurisdictions in your state, use the space below to make an inquiry as to the order in which you will receive custody, or to indicate any arrangements you have already made with other jurisdictions in your state in this regard.]

Dated: __ September 1, 2005 _____

**Coffee County, Alabama will receive inmate after Houston County cases are deposed of.**

Signed: _____

Name/Title: Douglas Albert Valeska, District Attorney

Address: 114 N Oates Street (PO Box 1632)

City/State: Dothan, AL  36303

Telephone No.: 334/677-4894

I hereby certify that the person whose signature appears above is an appropriate officer within the meaning of Article IV(a) and that the facts recited in this request for temporary custody are correct and that having duly recorded said request I hereby transmit it for action in accordance with its terms and the provisions of the Agreement on Detainers.

Dated: __ September 1, 2005 _____

Signed: _____
                              (Judge)

Court: __ Circuit _____

Judicial District: __ 20th _____

Address: 114 N. Oates Street _____

City/State: __ Dothan, AL  36303 _____

Telephone No.: __ 334/677-4854 _____

FORM VI

AGREEMENT ON DETAINERS

Five copies. All copies, with original signatures by the prosecutor and the agent, should be sent to the Administrator of their own state. After signing all copies, the Administrator should retain one for his/her files, send one to the warden/superintendent of the institution in which the prisoner is located and return two copies to the prosecutor who will give one to the agent for use in establishing his/her authority and place one in his/her files. One copy should also be forwarded to the Agreement Administrator in the sending state.

## EVIDENCE OF AGENT'S AUTHORITY TO ACT FOR RECEIVING STATE

TO: __Kathy Holt__
      <span style="font-size:smaller">Administrator of the Agreement on Detainers</span>

__Michael Lewis Wiley, #11314-002__ _____ is confined in
      <span style="font-size:smaller">(Inmate name and number)</span>

__FCI Manchester__        __805 Fox Hollow Road, Manchester, KY 40962__
     <span style="font-size:smaller">(Institution)</span>                            <span style="font-size:smaller">(Address)</span>

and will be taken into custody at the institution on or about __the week of September 26, 2005__

for return to the County of __Houston__ , State of __Alabama__ for trial.
                                                                arraignment

In accordance with Article V(b), I have designated __Southern Court Services, Inc.__
whose signature appears below as agent to return the prisoner.

Dated: __September 1, 2005__

                                                      <span style="font-size:smaller">(Prosecuting Official)</span>

                              Title __District Attorney__

__see attached__                 County: __Houston__
   <span style="font-size:smaller">(Agent's Signature)</span>            Address: __114 N. Oates Street (PO BOX 1432)__

                                City/State: __Dothan, AL  36302__
   <span style="font-size:smaller">(Agent's Signature)</span>            Telephone No.: __(334) 677-4894__

TO: Warden/Superintendent

In accordance with the above representation and the provisions of the Agreement on Detainers, the persons listed above are

hereby designated as Agents for the State of California to return __Michael Lewis Wiley #11314-002__ to the
                                                                  <span style="font-size:smaller">(Inmate's Name and Number)</span>

County of __Houston__ , State of __Alabama__ for trial.

At the completion of the trial, __Michael Lewis Wiley #11314-002__
                                                 <span style="font-size:smaller">(Inmate)</span>

shall be returned to the __FCI Manchester  805 Fox Hollow Road, Manchester, KY  40962-3000__
                                       <span style="font-size:smaller">(Institution and Address)</span>

Dated __9/12/05__

                                                      <span style="font-size:smaller">Agreement Administrator</span>

                              Agreement Coordinator: _____

                              Address: _____
                                      State of Alabama
                              City/State: _____ Department of Corrections
                                      Central Records Office
                            Telephone No.: _____ P.O. Box 301501
                                      Montgomery, AL 36130

**RELEASE AUTHORIZATION**

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Inmate Name | Register No. | Institution | Date |
|---|---|---|---|
| WILEY, MICHAEL LEWIS | 11314-002 | FCI MANCHESTER | 09-28-2005 |

| Release Date | Method | HOUSTON, CO AL | |
|---|---|---|---|
| 09-29-2005 (10:00 AM) | IAD | Detainer: | ☑ Yes    ☐ No |

Custody Will Be Taken by:
SOUTHERN COURT SERVICES, INC OFFICERS FAY BRANNON, TERRY STOKES

CERTIFICATION: I certify that this release is in accordance with applicable and controlling rules, regulations and statutory provisions. I have personally reviewed this inmate's Judgment and Commitment File, and determined that there is no information that would prevent release by the method stated above. All Judgment and Commitment Orders, U.S. Parole Commission Warrants, Notice of Actions, Good Time Documents, and all detainer information have been personally reviewed by me.

| Name/Title    J.P. BENGE SUPERVISORY INMATE SYSTEMS SPECIALIST | Signature  *John Benge* | Date  9-29-05 |
|---|---|---|

| Thumbprint | Release Destination: |
|---|---|

HOUSTON CO. JAIL
901 EAST MAIN ST
DOTHAN, AL 36301

**INMATE IS TO BE RETURNED TO THE FCI, MANCHESTER, KY AND IS NOT TO BE RELEASED WITHOUT THE WRITTEN PERMISSION OF THE WARDEN.**

WILEY
MICHAEL
LEWIS
11314-002
SEP 29, 2005 MAN

---

### RELEASE ACTION

| Identified by:  *K Hobbs* | Released by:  *D. Wamb* |
|---|---|

| Funds Paid by:  N/A | Date of Release:  9-29-05 | Time of Release:  10:00A |
|---|---|---|

### RECEIPT OF AGENT TAKING CUSTODY

I have received the above named prisoner, together with personal property and funds in the amount of $ N/A

| Name/Title  *Fay Brannon (Agent)* | Signature  *Fay Brannon* | Date  9-29-05 |
|---|---|---|

Location:

Record Copy - Receiving & Discharge File in Judgment & Commitment File; Copy - Case Management, Central File (Section 5); Copy - Control Room; Copy - Hospital; Copy - Transporting Officer

BP-A659.060
FEB 05

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

## MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT

| TB Clearance Yes ___ No ___ | Name | Prisoner/Alien Reg. # |
|---|---|---|
| 1. PPD Completed: 6/9/05 Date | Wiley, Michael | 11314-002 |
| Results: 0 mm | Departed from | Destination | Date |
| 2. CXR Completed: ___ Date | FCI Manchester | Dothan AL | 9-29-05 |
| Results: ___ | Current 1 Healthy Male 4. ___ | |
| 3. Symptom free per SF-600 x 30 days. ☑ YES ☐ NO | Medical 2. ___ 5. ___ | |
| | Problems 3. ___ 6. ___ | |

| Date of Birth: | Drug Allergies: No Known Drug Allergies |
|---|---|

| Medication | Dose | Route | Other instructions | AM | Noon | PM | Bedtime | Stop Date |
|---|---|---|---|---|---|---|---|---|
| | | | -NONE- | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**ALL MEDICATION TO BE CONTINUED UNTIL EVALUATED BY PHYSICIAN UNLESS OTHERWISE INDICATED**

Special medical equipment required? ☑ NO  ☐ YES (Specify):

Additional Comments:   UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE

| Sign and Print Name - Certifying Health Care Provider | Phone: | Date: |
|---|---|---|
| R. JACKSON, RN | 606 598-1900 | 9/28/05 |

| TO BE COMPLETED AT FINAL DESTINATION | Institution: | Date Received: |
|---|---|---|

General Population Housing Approved? ☐ yes; ☐ no (Specify limitation or need)

Approved for Temporary Work Assignment? ☐ yes; ☐ no (Specify limitations or exclusions)

Sign and Print Name - Reviewing Health Care Provider

Distribution: Transporting Officer, Health Record, Transferring Institution.  Copy to unit at receiving institution.
(This form may be replicated via WP)                    Replace BP-S659(60)dtd MAY 1999

**F.O.I. Exempt**

```
MANHC  535*08 *         FEDERAL BUREAU OF PRISONS        *    09-28-2005
PAGE 001       *         IN-TRANSIT DATA FORM            *    13:39:38


NAME.......: WILEY, MICHAEL LEWIS
REGISTER NO: 11314-002                  DOB (AGE): 08-20-1982 (23)
RACE / SEX.: BLACK / MALE               ETHNIC...: OTHER THAN HISP
RESIDENCE..: DOTHAN, AL 36303           RSP OF...: MAN A-DES

DESTINATION:                            LEVEL/CUSTODY: MEDIUM   /IN
                                        PROJ REL DATE: 07-31-2010
ESCAPE.....: NONE                       DETAINERS....: YES    -    1
VIOLENCE...: NONE                       NOTIFICATIONS: NO
HGT.: 601      HAIR: BK                 PSYCH ALERT..: NO
WGT.: 230      EYES: BN
OFFN/CHG RMKS: INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE: CARRY
              F/A IN COMMISSION OF CRIME 92 MOS, 3YR SRT (1:03CR237-3-A)

DETAINER SAL : ROBBERY 1ST/BURGLARY 2ND (PENDING CHARGES)

  *NOTE* SENSITIVE-LIMITED OFFICIAL USE CMC AND SEPARATEE HARDCOPY DATA ATTACHED
```

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * *        Last Name
                                                               WILEY
GENERAL PHYSICAL APPEARANCE (COMMENTS):                        First Name
23-Year Old Black Male, 6'01", 230 lbs., Black Hair, Brown Eyes. MICHAEL
_____                  Middle Name
                                                               LEWIS
_____
                                                               REG #:  11314-002
LIST ANY NON-ROUTINE SECURITY NEEDS:
Use routine caution per "Medium/In" custody level inmate.       SEP 29, 2005  MAN 11314-002
_____
                                                               Date of Photo  11314-002          JUN 21, 2004
_____
                                                               Wanda Wiley (Spo
NAME OF NEAREST RELATIVE OF INMATE:  _____
                                                               Dothan, Alabama
CITY AND STATE OF RELATIVE........:  _____
```

ADDITIONAL COMMENTS:
Wiley has no history of escapes. He has a pending charges in the state of Alabama for two burglary charges and a robbery charge, a detainer has been lodged. He has a history of substance abuse, and charges associated with firearms in commission of a crime of violence. He has a projected GCT release date of 7-31-2010.  **USE SOUND CORRECTIONAL PROCEDURES WHEN TRANSPORTING A "MEDIUM SECURITY/IN" CUSTODY INMATE.**

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTE:   STATEMENT TO TRANSPORTING OFFICER:
"SENSITIVE - LIMITED OFFICIAL USE DOCUMENT - SECURITY MUST BE MAINTAINED."

TRANSPORTING OFFICER:  _____       AGENCY: _____
PREPARED BY: _____       TITLE:  CSW        DATE: 9/28/05
```

**F.O.I. Exempt**

```
  MANHC  535*08 *        FEDERAL BUREAU OF PRISONS        *    F.O.I. Exempt
PAGE 002 OF 002 *        CIM CLEARANCE AND SEPARATEE DATA  *       09-28-2005
                                                                  13:39:38

REGISTER NO: 11314-002 NAME: WILEY
```

| REGISTER NUMBER | LAST NAME | FIRST NAME | ARS FCL | ARS ASSIGN | ARS DATE | ARS TIME | QTR ASSIGN |
|---|---|---|---|---|---|---|---|
| 11314-002 | WILEY | MICHAEL | MAN | A-DES | 06-21-2004 | 1232 | W03-906U |

```
02 REMARKS: 6-1-04,SER/KSB DESIG TO MAN
```

P0011      THIS INMATE HAS NO CMC ASSIGNMENTS

F.O.I. Exempt
F.O.I. Exempt

ALABAMA JUDICIAL DATA CENTER
CIRCUIT COURT OF    HOUSTON COUNTY

110932

CC 2003 001795.00

JID: LARRY K ANDERSON

---

THE STATE OF ALABAMA    VS WILEY MICHAEL LEWIS

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: WILEY MICHAEL LEWIS
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: ROBBERY 1ST    - FELONY

WITNESS MY HAND THIS  FEBRUARY  6, 2004.

*Audix Byrd*

JUDGE/CLERK/MAGISTRATE

---

DEFENDANT'S ADDRESS:

545 E BANNER STREET

MIDLAND CITY    , AL 36350 0000

DEFENDANT'S DESCRIPTION:

HT: 601    WT: 215
HAIR: BLK    EYE: BRO
BIRTH DATE: 08/20/1982
RACE: B    SEX: M
SID#: 000000000
SSN#: 238597657

ALIAS:

EMPLOYER: _____    PHONE NO: _____

TICKET NUMBER: 103005802    AGENCY/OFFICER: 0380100/CPL M ET

NOTE:

THIS APPEARS TO BE A VALID ADDRESS

---

OFFICERS RETURN:
RECEIVED ON _____

EXECUTED ON _____    BY: _____

( ) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED BY LAW ENFORCEMENT, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

( ) DEFENDANT ARRESTED BY SURETY
SHERIFF    OFFICER

*Jean A. Jones*
My Commission Expires 8-8-2007

NCIC

OPERATOR: ARC
PREPARED: 02/06/2004

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | |
| **MICHAEL LEWIS WILEY** | |

| | | |
|---|---|---|
| | Case Number: | 1:03cr237-3-A |
| | USM Number: | 11314-002 |

Jennifer Anne Hart
Defendant's Attorney

**FILED**

## THE DEFENDANT:

X pleaded guilty to count(s)     5 and 6 of the Indictment on December 29, 2003

APR 16 2004

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

**CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1951 | Interference with Commerce by Threat or Violence | 07-10-2003 | 5 |
| 18 USC 924(c) | Carrying a Firearm in Commission of a Crime | 07-10-2003 | 6 |

The defendant is sentenced as provided in pages 2 through     6.     of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

X Count(s)     1,2,3,4, and 7     ☐ is    X are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 7, 2004
Date of Imposition of Judgment

ATTEST: A True Copy. 4.26 , 20 04
Certified to
Clerk, U.S. District Court,
Middle District of Alabama

BY Ernestine Leers
Deputy Clerk

Signature of Judge

W. HAROLD ALBRITTON, CHIEF U. S. DISTRICT JUDGE
Name and Title of Judge

**April 16, 2004**
Date

SCANNED 4-23-04

55

DEFENDANT: MICHAEL LEWIS WILEY
CASE NUMBER: 1:03cr237-3-A

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**92 months.**  This term consists of sentences of 8 months on Count 5 and 84 months on Count 6 to be served consecutively.

☐ The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐   at _____   ☐ a.m.   ☐ p.m.   on _____ .

☐   as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on _____ .

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

I HAVE PARTIALLY/FULLY EXECUTED THIS J&C/WRIT/WARRANT
PROCESS/TRANSFER ORDER, BY TAKING CUSTODY OF THE WITHIN
NAMED AT USP ATL AND COMMITTING HIM/HER
AT FCI MAN ON 6-21-04

BOP BUS LT.

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 8/03) Judgment in a Crim. Case
Sheet 3 — Supervised Release

Case 1:05-cv-01156-MEF-SRW    Document 14-11    Filed 02/08/2006    Page 32 of 58

Judgment—Page ___3___ of ___6___

DEFENDANT:        MICHAEL LEWIS WILEY
CASE NUMBER:      1:03cr237-3-A

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

**3 years.** This term consists of 3 years on Count 5 and 3 years on Count 6 to run concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 12/03) Judgment in a Criminal Ca
Case 3:05-cv-01166-MEF-SRW    Document 14-11    Filed 02/08/2006    Page 33 of 58
Sheet 3C — Supervised Release

DEFENDANT:        MICHAEL LEWIS WILEY
CASE NUMBER:      1:03cr237-3-A

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in drug testing and/or treatment if directed by the probation officer.  He shall contribute to the cost of any treatment based on ability to pay and availability of third party payments.

The defendant shall submit to a search of his person, residence, office, or vehicle pursuant to the search policy of this court.

DEFENDANT: MICHAEL LEWIS WILEY
CASE NUMBER: 1:03cr237-3-A

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 200.00 | $ 0 | $ 0 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $ _____ | $ _____ |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 1:03-cr-00237-MEF-SRW    Document 14-11    Filed 02/08/2006    Page 35 of 58

Judgment — Page ___6___ of ___6___

DEFENDANT:    MICHAEL LEWIS WILEY
CASE NUMBER:    1:03cr237-3-A

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**    **X**    Lump sum payment of $ ___200.00___    due immediately, balance due

☐    not later than _____ , or
☐    in accordance    ☐ C,    ☐ D,    ☐ E, or    ☐ F below; or

**B**    ☐    Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

**C**    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
term of supervision; or

**E**    ☐    Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**    **X**    Special instructions regarding the payment of criminal monetary penalties:

Payment shall be made to the Clerk, U.S. District Court, P.O. Box 711, Montgomery, AL 36101.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.



# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## WASHINGTON, D.C. 20537

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT THIS FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

JUVENILE FINGERPRINT?

SUBMISSION

TREAT AS ADULT    YES [ ]    NO [ ]

SEND COPY TO
(ENTER ORI)

MISCELLANEOUS NUMBERS

DATE OF ARREST    MM 06  DD 21  YY 04

DATE OF OFFENSE    MM    DD    YY

CONTRIBUTOR

ORI

CONTRIBUTOR ADDRESS

KY0260017C
FED CORR INST
MANCHESTER, KY

REPLY DESIRED?    YES [ ]

PLACE OF BIRTH, STATE OR COUNTRY    Fayetteville, N.C. U.S.

COUNTRY OF CITIZENSHIP

SCARS, MARKS, TATTOOS, AND AMPUTATIONS    N/A

RESIDENCE/COMPLETE ADDRESS    767 HEARTLAND AVE.

LOCAL IDENTIFICATION/REFERENCE

OFFICIAL TAKING FINGERPRINTS
(NAME OR NUMBER)

EMPLOYER
(FOR US GOVERNMENT, INDICATE SPECIFIC AGENCY;
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.)

CHARGE/CITATION
18 USC 1951; Int commerce by threat or
18 USC 924(c); Carry f/a in Com or Cr...

ADDITIONAL

ADDITIONAL

ADDITIONAL INFORMATION/BASIS FOR CAUTION

CITY    DoTHAN    AL

1314-002

DISPOSITION
8 mos.    CS
84 mos.    CS

PHOTO AVAILABLE?

PALM PRINTS TAKEN?    YES [ ]

STATE BUREAU STAMP

FD 249 (Rev. 12-1-04)



SOUTHERN COURT SERVICES, INC
109 EAST ADAMS STREET
DOTHAN, ALABAMA 36301
(334) 673-3448 ♦ (334) 678-8901 FAX

## PRISONER TRANSPORT DIVISION

August 9, 2005

TO:    FEDERAL CORRECTIONAL INSTITUTIONS
       LAMAR GLOVER, SHERIFF
       DOUGLAS VALESKA, DISTRICT ATTORNEY

   Listed below is a list of Transport Agents who have been authorized to Pick Up and
Transport Prisoners for Southern Court Services, Inc.


Martha Brannon


Louis Trusty


Billy Demeers


Terry Stokes

| LEAVE BLANK | CRIMINAL | | | | (STAPLE HERE) | | | LEAVE BLANK |

STATE USAGE

NFF SECOND

SUBMISSION   APPROXIMATE CLASS   AMPUTATION   SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

**WILEY,MICHAEL LEWIS**

STATE USAGE

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.   **258597657**

LEAVE BLANK

X  *Michael Wiley*

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY **19820820** | SEX **M** | RACE **B** | HEIGHT **601** | WEIGHT **215** | EYES **BRO** | HAIR **BLK** |
|---|---|---|---|---|---|---|---|---|



| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |

ID 50X50G8 TPFC #1107 ... 19

5701LD #1 ... 0929-16:56

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY   L. THUMB   R. THUMB   RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| | | | |
|---|---|---|---|
| JUVENILE FINGERPRINT SUBMISSION    YES ☐ | DATE OF ARREST  MM  DD  YY  20050929 | ORI  AL0380000 CONTRIBUTOR  HOUSTON CO SD ADDRESS  DOTHAN AL | |
| TREAT AS ADULT    YES ☐ | | REPLY    YES ☒ DESIRED? | |

| | | | | |
|---|---|---|---|---|
| SEND COPY TO: (ENTER ORI) | DATE OF OFFENSE  MM  DD  YY  20050909 | PLACE OF BIRTH (STATE OR COUNTRY)  NC | COUNTRY OF CITIZENSHIP  US | |
| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS | | | |
| | RESIDENCE/COMPLETE ADDRESS  767    HEADLAND AVE | | CITY  DOTHAN | STATE  AL  36301 |
| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER;  J13  DEVON CULVER | LOCAL IDENTIFICATION/REFERENCE  54722 | | PHOTO AVAILABLE?    YES ☒ PALM PRINTS TAKEN?    YES ☐ | |

EMPLOYER:    IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
              IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

OCCUPATION

| CHARGE/CITATION | DISPOSITION |
|---|---|
| 1.  20050909  5015  FAILURE TO APPEAR  ~~ROBBERY1ST~~ | 1. |
| 2.  20050929  2803  RECEIVE STOLEN PROP  ~~K2~~ | 2. |
| 3.  20050929  2299  BURGL | 3. |
| ADDITIONAL | ADDITIONAL |

ADDITIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU STAMP

FD-249(REV. 5-11-99) ☆ U.S. GOVERNMENT PRINTING OFFICE: 2005-310-412/80054

BP-S394.058   **DETAINER ACTION LETTER**   CDFRM
MAR 03

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| To HOUSTON COUNTY JAIL<br>901 EAST MAIN ST<br>DOTHAN, AL 36301 | | Institution FCI MANCHESTER<br>P.O. BOX 3000<br>MANCHESTER, KY 40962 | |
|---|---|---|---|
| | | Date 07-15-2004 | |
| Case/Dkt#<br>CC-03-1795 & 1796 | Inmate's Name<br>WILEY, MICHAEL LEWIS | Fed Reg No.<br>11314-002 | DOB/SEX/RACE<br>08-20-1982/M/B |
| Aliases | | Other No. | |

The below checked paragraph relates to the above named inmate:

☐    This office is in receipt of the following report:_____
____ Will you please investigate this report and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer.  If you have no further interest in the subject, please forward a letter indicating so.

☒    **A detainer has been filed against this subject in your favor charging  ROBBERY 1ST/  BURGLARY/ 2ND  . Release is tentatively scheduled for 07-08-2010  , however, we will notify you no later than 60 days prior to actual release.  To check on an inmate's location, you may call our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov.**

☐    Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

☐    Your detainer warrant has been removed on the basis of the attached _____.
Notify this office immediately if you do not concur with this action.

☐    Your letter dated _____ requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is _____ _____ .

☐    I am returning your _____ on the above named inmate who was committed to this institution on _____ to serve _____ for the offense of _____ . If you wish your _____ filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

☐    Other:

Sincerely

Gary Mehler,
Inmate Systems Manager

Original - Addressee, Copy - Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section 1); Copy - Correctional Services Department

(This form may be replicated via WP)                    (Replaces BP-394(58) dtd FEB 1994

54782

1ZX.22:24 06/30/2004 181049
AM.DCFBIWAP4.AL0380000.


20:22 06/30/2004 09815
20:22 06/30/2004 10927 AL0380000
TXT (AL0380000,AL003065Y)
ML01CSTALNAKER


TO: HOUSTON CO SO
    DOTHAN, AL

RE: MICHAEL LEWIS WILEY
YOUR CASE #CC0301795
NCIC #W275498384
FBI #239 661 DC0

WANTED BY YOUR AGENCY FOR FAILURE TO APPEAR.

DISPOSITION INFORMATION RECEIVED FROM ORI/ALUSM0200,
U.S. MARSHALS SERVICE, ONE CHURCH STREET, SUITE A100,
MONTGOMERY, AL 36104, TELEPHONE (334) 223-7401, POINT OF
CONTACT: DEBRA K. BREWER INDICATING THAT ON 04/07/2004
SUBJECT MICHAEL L. WILEY, IDENTICAL WITH FBI
#239 661 DC0 WAS SENTENCED TO 92 MONTHS BUREAU OF
PRISONS AFTER PLEADING GUILTY TO A WEAPON OFFENSE AND
INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE.  YOU
MAY WISH TO CONTACT THE U.S. MARSHALS SERVICE IN
MONTGOMERY, AL FOR FURTHER INFORMATION CONCERNING YOUR
WANTED SUBJECT.

QUESTIONS REGARDING THIS COMMUNICATION SHOULD BE
REFERRED TO THE ANSWER HITS TO WANTS UNIT,
IDENTIFICATION & INVESTIGATIVE SERVICES SECTION,
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION,
TELEPHONE (304) 625-4618.  CLEAR OR CANCEL YOUR NCIC
RECORD WHEN SUBJECT IS NO LONGER WANTED.


FBI/CJIS AUTH CMS
SEQ # 0229 MRI # 181049

*Certified copy of*
*Our warrant mailed*
*to Kentucky on*
*07/07/04*
*FCI Manchester*
*P.O. Box 3000*
*Manchester, KY 40962*



**HOUS**　　**Y JAIL**
**901 EAST MAIN**　　**ALABAMA 36301**
**PHONE (334)**　　**34) 671-9479**

DATE: 2-13-04

TIME: 11:05 AM

NUMBER: (334) 223-7726

ATTENTION: Debbie

DEPARTMENT: U.S. Marshal

RE:

_Please (place detainer on: Michael Lewis Wiley_
_B/m; 8-20-1982_

_Thanx_

TOTAL PAGES: 7

FROM: Sgt. Davis

IF THERE ARE ANY PROBLEMS WITH THIS FAX OR YOU HAVE RECEIVED THIS FAX IN ERROR,
PLEASE CALL THE NUMBER ABOVE

ACR350
54722

ALABAMA JUDICIAL DATA CENTER
CIRCUIT COURT OF    HOUSTON COUNTY

CC 2003 001795.00

JID: LARRY K ANDERSON

THE STATE OF ALABAMA    VS WILEY MICHAEL LEWIS

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: WILEY MICHAEL LEWIS
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: ROBBERY 1ST    - FELONY

WITNESS MY HAND THIS FEBRUARY 6, 2004.

CLERK/MAGISTRATE

DEFENDANT'S ADDRESS:

545 E BANNER STREET

MIDLAND CITY    , AL 36350 0000

DEFENDANT'S DESCRIPTION:

HT: 601    WT: 215
HAIR: BLK    EYE: BRO
BIRTH DATE: 08/20/1982
RACE: B    SEX: M
SID#: 000000000
SSN#: 238597657

ALIAS:

EMPLOYER: _____    PHONE NO: _____

TICKET NUMBER: 103005803    AGENCY/OFFICER: 0380100/CPL M ET

NOTE:

THIS APPEARS TO BE A VALID ADDRESS

OFFICERS RETURN:
RECEIVED ON _____

EXECUTED ON _____    BY: _____

( ) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED BY LAW ENFORCEMENT, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

( ) DEFENDANT ARRESTED BY SURETY
SHERIFF    OFFICER

NCIC

OPERATOR:AMC
PREPARED:02/06/2004

ACR350
ALABAMA JUDICIAL DATA CENTER
CIRCUIT COURT OF    HOUSTON COUNTY

CC 2003 001796.00

JID: LARRY K ANDERSON

THE  STATE OF ALABAMA        VS WILEY MICHAEL LEWIS

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: WILEY MICHAEL LEWIS
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: BURGLARY 2ND DEGREE      - FELONY

WITNESS MY HAND THIS  FEBRUARY  6, 2004.

JUDGE/CLERK/MAGISTRATE

DEFENDANT'S ADDRESS:                DEFENDANT'S DESCRIPTION:

545 E BANNER ST                     HT: 601   WT: 215
                                    HAIR: BLK   EYE: BRO
MIDLAND CITY    , AL 36350 0000     BIRTH DATE: 08/20/1982
                                    RACE: B      SEX: M
                                    SID#: 000000000
                                    SSN#: 238597657

  ALIAS:

  EMPLOYER: _____    PHONE NO: _____

  TICKET NUMBER:              AGENCY/OFFICER: 0380100/CPL M ET

NOTE:

THIS APPEARS TO BE A VALID ADDRESS

  OFFICERS RETURN:
  RECEIVED ON _____

EXECUTED ON _____    BY: _____

  ( ) DEFENDANT ARRESTED, RELEASED ON BOND
  ( ) DEFENDANT ARRESTED BY LAW ENFORCEMENT, IN JAIL
  ( ) DEFENDANT ARRESTED, NOT BOOKED
  ( ) NOT FOUND
  ( ) OTHER _____

  ( ) DEFENDANT ARRESTED BY SURETY
  SHERIFF                    OFFICER

OPERATOR:AMC
PREPARED:02/06/2004

```
CIRCUIT COURT OF HOUSTON COUNTY

   STATE OF ALABAMA   VS WILEY MICHAEL LEWIS
                      545 E BANNER STREET

           MIDLAND CITY   AL  36350 0000
```

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:
YOU ARE HEREBY COMMANDED TO SERVE EACH PARTY HEREIN LISTED WITH A COPY
OF THIS NOTICE AND MAKE YOUR RETURN TO THE COURT CLERK.

NOTICE TO:  WILEY MICHAEL LEWIS
            545 E BANNER STREET

    MIDLAND CITY    AL 36350 0000

YOU ARE HEREBY NOTIFIED THAT YOU HAVE SIGNED THE BOND IN THE ABOVE-
STYLED CASE.  THIS CASE WAS CALLED FOR TRIAL OR HEARING, AS SCHEDULED,
AND THE DEFENDANT WAS NOT PRESENT TO ANSWER.

WITHIN 28 DAYS AFTER YOU ARE SERVED WITH THIS NOTICE, YOU MUST FILE A
WRITTEN RESPONSE WITH THE CLERK OF COURT SHOWING GOOD CAUSE WHY THIS
BOND AMOUNT OF      $5,000.00 AND THE COURT COST OF
SHOULD NOT BE FORFEITED AND PAID BY YOU.

IF NO ACTION ON YOUR PART IS TAKEN WITHIN 28 DAYS AFTER THE DATE YOU
RECEIVE THIS NOTICE, A FINAL FORFEITURE MAY BE ENTERED AGAINST YOU BY
THE COURT IN THE AMOUNT OF THE BOND (IN WHOLE OR IN PART) AND COURT
COSTS.  THE SHERIFF SHALL COLLECT THE AMOUNT OF THE BOND AND COURT COSTS
FROM YOU OR LEVY ON YOUR PROPERTY TO SATISFY THE FORFEITURE CASE.  IF
YOU FILE A WRITTEN RESPONSE AND THE COURT IS OF THE OPINION YOUR WRITTEN
RESPONSE IS NOT SUFFICIENT TO SET ASIDE THE CONDITIONAL FORFEITURE,
THEN THE COURT SHALL SET A FINAL FORFEITURE HEARING DATE AND YOU WILL BE
NOTIFIED AT THE ADDRESS PROVIDED ON THE RESPONSE.

THIS BOND FORFEITURE IS A COURT CASE AGAINST YOU, SEPARATE FROM THE
DEFENDANT'S CRIMINAL CASE, AND MAY BE COLLECTED AS ANY CIVIL JUDGMENT.

THE COURT HAS ALSO ORDERED THAT THE DEFENDANT BE REARRESTED IN THE
ORIGINAL CASE.

DATE ISSUED:  02/06/2004    JUDY BYRD          BY _____
                           CLERK

```
                    RETURN ON SERVICE

( ) RETURN RECEIPT OF CERTIFIED MAIL RECEIVED IN THIS OFFICE ON
    _____ (DATE).

( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE NOTICE OF ORDER
    OF CONDITIONAL BOND FORFEITURE AND TO SHOW CAUSE ON FORFEITURE OF
    BOND TO _____ IN _____
    COUNTY, ALABAMA ON _____ (DATE).

    THIS NOTICE MUST BE RETURNED BY A PROCESS SERVER, WITH HIS PROPER
    RETURN ENDOSED THEREON, WITHIN 28 DAYS OF THE DATE OF ISSUANCE OR
    WITHIN FIVE DAYS OF SERVICE, WHICHEVER PERIOD OF TIME IS SHORTER.
DATE: _____     _____
                                  SERVER'S SIGNATURE/TITLE

NOTES:
```

OPERATOR:   AMC
PREPARED:  02/06/2004

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
NOTICE OF ORDER OF CONDITIONAL           CC 2003 001795 00
BOND FORFEITURE AND TO SHOW CAUSE
ON FORFEITURE OF BOND   JID: LARRY K ANDERSON

CIRCUIT COURT OF HOUSTON COUNTY

STATE OF ALABAMA   VS WILEY MICHAEL LEWIS
545 E BANNER STREET

MIDLAND CITY  AL  36350 0000

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:
YOU ARE HEREBY COMMANDED TO SERVE EACH PARTY HEREIN LISTED WITH A COPY
OF THIS NOTICE AND MAKE YOUR RETURN TO THE COURT CLERK.

NOTICE TO:  WILEY MICHAEL LEWIS
545 E BANNER STREET

MIDLAND CITY     AL 36350 0000

YOU ARE HEREBY NOTIFIED THAT YOU HAVE SIGNED THE BOND IN THE ABOVE-
STYLED CASE.   THIS CASE WAS CALLED FOR TRIAL OR HEARING, AS SCHEDULED,
AND THE DEFENDANT WAS NOT PRESENT TO ANSWER.

WITHIN 28 DAYS AFTER YOU ARE SERVED WITH THIS NOTICE, YOU MUST FILE A
WRITTEN RESPONSE WITH THE CLERK OF COURT SHOWING GOOD CAUSE WHY THIS
BOND AMOUNT OF      $5,000.00 AND THE COURT COST OF
SHOULD NOT BE FORFEITED AND PAID BY YOU.

IF NO ACTION ON YOUR PART IS TAKEN WITHIN 28 DAYS AFTER THE DATE YOU
RECEIVE THIS NOTICE, A FINAL FORFEITURE MAY BE ENTERED AGAINST YOU BY
THE COURT IN THE AMOUNT OF THE BOND (IN WHOLE OR IN PART) AND COURT
COSTS.   THE SHERIFF SHALL COLLECT THE AMOUNT OF THE BOND AND COURT COSTS
FROM YOU OR LEVY ON YOUR PROPERTY TO SATISFY THE FORFEITURE CASE.   IF
YOU FILE A WRITTEN RESPONSE AND THE COURT IS OF THE OPINION YOUR WRITTEN
RESPONSE IS NOT SUFFICIENT TO SET ASIDE THE CONDITIONAL FORFEITURE,
THEN THE COURT SHALL SET A FINAL FORFEITURE HEARING DATE AND YOU WILL BE
NOTIFIED AT THE ADDRESS PROVIDED ON THE RESPONSE.

THIS BOND FORFEITURE IS A COURT CASE AGAINST YOU, SEPARATE FROM THE
DEFENDANT'S CRIMINAL CASE, AND MAY BE COLLECTED AS ANY CIVIL JUDGMENT.

THE COURT HAS ALSO ORDERED THAT THE DEFENDANT BE REARRESTED IN THE
ORIGINAL CASE.

DATE ISSUED:  02/06/2004      JUDY BYRD          BY _am_____
CLERK

---

RETURN ON SERVICE

( ) RETURN RECEIPT OF CERTIFIED MAIL RECEIVED IN THIS OFFICE ON
_____ (DATE).

( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE NOTICE OF ORDER
OF CONDITIONAL BOND FORFEITURE AND TO SHOW CAUSE ON FORFEITURE OF
BOND TO _____ IN _____
COUNTY, ALABAMA ON _____ (DATE).

THIS NOTICE MUST BE RETURNED BY A PROCESS SERVER, WITH HIS PROPER
RETURN ENDORSED THEREON, WITHIN 28 DAYS OF THE DATE OF ISSUANCE OR
WITHIN FIVE DAYS OF SERVICE, WHICHEVER PERIOD OF TIME IS SHORTER.
DATE: _____              _____
SERVER'S SIGNATURE/TITLE

NOTES:

OPERATOR:  AMC
PREPARED:  02/06/2004

NOTICE OF ORDER OF CONDITIONAL
BOND FORFEITURE AND TO SHOW CAUSE          CC 2003 001796 00
ON FORFEITURE OF BOND          JID: LARRY K ANDERSON

---

CIRCUIT COURT OF HOUSTON COUNTY

STATE OF ALABAMA  VS WILEY MICHAEL LEWIS
545 E BANNER ST

MIDLAND CITY  AL  36350 0000

---

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:
YOU ARE HEREBY COMMANDED TO SERVE EACH PARTY HEREIN LISTED WITH A COPY
OF THIS NOTICE AND MAKE YOUR RETURN TO THE COURT CLERK.

NOTICE TO:  WILEY MICHAEL LEWIS
545 E BANNER ST

MIDLAND CITY     AL 36350 0000

YOU ARE HEREBY NOTIFIED THAT YOU HAVE SIGNED THE BOND IN THE ABOVE-
STYLED CASE.  THIS CASE WAS CALLED FOR TRIAL OR HEARING, AS SCHEDULED,
AND THE DEFENDANT WAS NOT PRESENT TO ANSWER.

WITHIN 28 DAYS AFTER YOU ARE SERVED WITH THIS NOTICE, YOU MUST FILE A
WRITTEN RESPONSE WITH THE CLERK OF COURT SHOWING GOOD CAUSE WHY THIS
BOND AMOUNT OF     $3,000.00 AND THE COURT COST OF
SHOULD NOT BE FORFEITED AND PAID BY YOU.

IF NO ACTION ON YOUR PART IS TAKEN WITHIN 22 DAYS AFTER THE DATE YOU
RECEIVE THIS NOTICE, A FINAL FORFEITURE MAY BE ENTERED AGAINST YOU BY
THE COURT IN THE AMOUNT OF THE BOND (IN WHOLE OR IN PART) AND COURT
COSTS.   THE SHERIFF SHALL COLLECT THE AMOUNT OF THE BOND AND COURT COSTS
FROM YOU OR LEVY ON YOUR PROPERTY TO SATISFY THE FORFEITURE CASE.   IF
YOU FILE A WRITTEN RESPONSE AND THE COURT IS OF THE OPINION YOUR WRITTEN
RESPONSE IS NOT SUFFICIENT TO SET ASIDE THE CONDITIONAL FORFEITURE,
THEN THE COURT SHALL SET A FINAL FORFEITURE HEARING DATE AND YOU WILL BE
NOTIFIED AT THE ADDRESS PROVIDED ON THE RESPONSE.

THIS BOND FORFEITURE IS A COURT CASE AGAINST YOU, SEPARATE FROM THE
DEFENDANT'S CRIMINAL CASE, AND MAY BE COLLECTED AS ANY CIVIL JUDGMENT.

THE COURT HAS ALSO ORDERED THAT THE DEFENDANT BE REARRESTED IN THE
ORIGINAL CASE.

DATE ISSUED:  02/06/2004     JUDY BYRD          BY _____
CLERK

---

RETURN ON SERVICE

( )  RETURN RECEIPT OF CERTIFIED MAIL RECEIVED IN THIS OFFICE ON
_____ (DATE).

( )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE NOTICE OF ORDER
OF CONDITIONAL BOND FORFEITURE AND TO SHOW CAUSE ON FORFEITURE OF
BOND TO _____ IN
COUNTY, ALABAMA ON _____ (DATE).

THIS NOTICE MUST BE RETURNED BY A PROCESS SERVER, WITH HIS PROPER
RETURN ENCLOSED THEREON, WITHIN 28 DAYS OF THE DATE OF ISSUANCE OR
WITHIN FIVE DAYS OF SERVICE, WHICHEVER PERIOD OF TIME IS SHORTER.
DATE: _____
SERVER'S SIGNATURE/TITLE

NOTES:

---

OPERATOR:  AMC
PREPARED:  02/06/2004

ACR468-1

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
NOTICE OF ORDER OF CONDITIONAL                      CC 2003 001796 00
BOND FORFEITURE AND TO SHOW CAUSE
ON FORFEITURE OF BOND        JID: LARRY K ANDERSON

CIRCUIT COURT OF HOUSTON COUNTY

STATE OF ALABAMA  VS WILEY MICHAEL LEWIS
                     545 E BANNER ST
            MIDLAND CITY  AL  36350 0000

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:
YOU ARE HEREBY COMMANDED TO SERVE EACH PARTY HEREIN LISTED WITH A COPY
OF THIS NOTICE AND MAKE YOUR RETURN TO THE COURT CLERK.

NOTICE TO:   WILEY MICHAEL LEWIS
             545 E BANNER ST

     MIDLAND CITY    AL 36350 0000

YOU ARE HEREBY NOTIFIED THAT YOU HAVE SIGNED THE BOND IN THE ABOVE-
STYLED CASE.  THIS CASE WAS CALLED FOR TRIAL OR HEARING, AS SCHEDULED,
AND THE DEFENDANT WAS NOT PRESENT TO ANSWER.

WITHIN 28 DAYS AFTER YOU ARE SERVED WITH THIS NOTICE, YOU MUST FILE A
WRITTEN RESPONSE WITH THE CLERK OF COURT SHOWING GOOD CAUSE WHY THIS
BOND AMOUNT OF          $3,000.00 AND THE COURT COST OF
SHOULD NOT BE FORFEITED AND PAID BY YOU.

IF NO ACTION ON YOUR PART IS TAKEN WITHIN 28 DAYS AFTER THE DATE YOU
RECEIVE THIS NOTICE, A FINAL FORFEITURE MAY BE ENTERED AGAINST YOU BY
THE COURT IN THE AMOUNT OF THE BOND (IN WHOLE OR IN PART) AND COURT
COSTS.  THE SHERIFF SHALL COLLECT THE AMOUNT OF THE BOND AND COURT COSTS
FROM YOU OR LEVY ON YOUR PROPERTY TO SATISFY THE FORFEITURE CASE.  IF
YOU FILE A WRITTEN RESPONSE AND THE COURT IS OF THE OPINION YOUR WRITTEN
RESPONSE IS NOT SUFFICIENT TO SET ASIDE THE CONDITIONAL FORFEITURE,
THEN THE COURT SHALL SET A FINAL FORFEITURE HEARING DATE AND YOU WILL BE
NOTIFIED AT THE ADDRESS PROVIDED ON THE RESPONSE.

THIS BOND FORFEITURE IS A COURT CASE AGAINST YOU, SEPARATE FROM THE
DEFENDANT'S CRIMINAL CASE, AND MAY BE COLLECTED AS ANY CIVIL JUDGMENT.

THE COURT HAS ALSO ORDERED THAT THE DEFENDANT BE REARRESTED IN THE
ORIGINAL CASE.

                                          BY ame
DATE ISSUED:  02/06/2004     JUDY BYRD
                             CLERK

--------------------------------------------------------------------
                      RETURN ON SERVICE
( ) RETURN RECEIPT OF CERTIFIED MAIL RECEIVED IN THIS OFFICE ON
                                    (DATE).

( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE NOTICE OF ORDER
    OF CONDITIONAL BOND FORFEITURE AND TO SHOW CAUSE ON FORFEITURE OF
    BOND TO _____ IN _____
    COUNTY, ALABAMA ON _____ (DATE).

    THIS NOTICE MUST BE RETURNED BY A PROCESS SERVER, WITH HIS PROPER
    RETURN ENDOSED THEREON, WITHIN 28 DAYS OF THE DATE OF ISSUANCE OR
    WITHIN FIVE DAYS OF SERVICE, WHICHEVER PERIOD OF TIME IS SHORTER.

DATE: _____
                                  SERVER'S SIGNATURE/TITLE
NOTES:

OPERATOR: AMC
PREPARED: 02/06/2004

## HOUSTON COUNTY JAIL
### JAIL DOCKET CARD

| INMATE # | LAST NAME | FIRST | MIDDLE | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|
| 54722 | Wiley | Michael | Lewis | | | |

| ARRESTING AGENCY | DATE RECEIVED | TEMP. RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED |
|---|---|---|---|---|---|
| HCSD | 7-10-03 | | | 7-11-07 | A-Advantage |

| RISK | STATUS | | | FLOOR | CELL | DOCKET OFFICER | ARRESTING OFFICER |
|---|---|---|---|---|---|---|---|
| | | | | D | floor | R Powers | Cpl Mike Etress DPD |

| AGE | DOB | SSN | RACF | SEX | HEIGHT | WEIGHT | HAIR | EYES | AGENCY HOUSED FOR |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 08-20-82 | 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 | B | M | 6'1" | 215 | BLK | BRO | Houston |

| ENTRANCE NCIC/BY | ENTRANCE HOUSTON/BY | ENTRANCE DPD/BY | FELONY CRIMINAL HISTORY/BY |
|---|---|---|---|
| Neg C-7 | Neg t30 | Neg Parker DPD | 2003 JUL 10 |

| EXIT NCIC/BY | EXIT HOUSTON/BY | EXIT DPD/BY | ATTORNEY |
|---|---|---|---|
| Ng C13 | Ng Jw | Ng C3 | |

| HOLD 1 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 2 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | PM |

| HOLD 3 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 4 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | 34 |

| ADDRESS | | CITY | STATE | PROBATION/PAROLE OFFICER |
|---|---|---|---|---|
| 545 E Banner Street | No Phone | Midland City | AL 36303 | |

| NEXT OF KIN | ADDRESS | CITY/STATE | PHONE | RELATION |
|---|---|---|---|---|
| Wanda Wiley | 7267 Headland Ave | Dothan Al 36303 | 334-677-2139 | Mother |

**REMARKS:** Not to be Housed with Codefendants Joshua Quetin Carr or Jessie Howard Brooks

| DID INMATE RECEIVE PHONE CALL? { } Y { } N | DID INMATE RECEIVE JAIL RULES? { } Y { } N |
|---|---|
| INMATE SIGNATURE  X Michael Wiley | INMATE SIGNATURE  X Michael Wiley |

HOUSTON PRINTING CO. • FORM HCJDC • REV. 8/01 • (334) 792-6661 • WO #50

| INMATE # 54122 | | NAME Wiley Michael Lewis | | | | |
|---|---|---|---|---|---|---|
| CHARGE Burg II | | WARRANT # WR 03-9567 | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND 3000.00 | | 07-16-03 2PM News Media Center Steensland | | | | |
| | | | | | | |
| | | | | | | |
| CHARGE Robb I | | WARRANT # WR 03-9568 | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND 5000.00 | | 07-16-03 2PM News Media Center Steensland | | | | |
| | | | | | | |
| | | | | | | |
| CHARGE | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | | |
| | | | | | | |
| | | | | | | |
| CHARGE | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | | |
| | | | | | | |
| | | | | | | |
| CHARGE | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | | |
| | | | | | | |
| | | | | | | |

# HOUSTON COUNTY JAIL
## BOOKING CHECK OFF LIST

DATE: 07-10-03  TIME:

SENIOR CORRECTIONS OFFICER(S) DUTY: Buchmann

Inmate Name: Wiley Michael Lewis  Inmate Number: 54722

**BOOKING OFFICER MUST INITIAL AFTER COMPLETING EACH ITEM AND SIGN IN THE PROPER SPACE.**

1. All personal property secured
2. Check in-house warrants
3. Check for last incarceration
4. Arrest report completed by arresting officer
5. All charges listed on arrest report and bonds listed for each charge
6. **Bond amount noted on warrant**
7. All inmate property tagged/placed in envelope
8. Property envelope completely filled out/signed by inmate
9. All money counted/logged in money book
10. Money envelope completed/supervisor counts
11. SCO calls control and logs money in SCO money book
12. SCO seals money/places in box
13. **Check for outstanding warrants**  ✓ NCIC ✓ Dothan
14. Inmate numbers properly assigned
15. Inmate recorded in black book
16. Inmate recorded on white pages
17. **Docket I.D., floor card completed, and bond amount verified on docket card**
18. Fingerprint card completed
19. Medical screen completed
20. Affidavit of hardship completed
21. Green disposition form completed (FBI)
22. Property hold form (telephone call, bond applied)
23. Fingerprinted/photographed/entered in computer
24. Property card completed
25. Visitor/Telephone list completed
26. Inmate handbook received
27. **Bond completed/amount checked against warrant**
28. **Correct court date noted on bond**
29. **Inmate and surety signature on bond**
30. **All pass on information documented in pass book**

_____
Signature of Booking Officer(s)

Shelleys X677

# HOUSTON COUNTY SHERIFF'S DEPARTMENT

## LAMAR GLOVER, SHERIFF

### VISITING LIST

NAME _Wiley Michael Lewis_ INMATE# _54722_

FLOOR LOCATION _D-Floor_ DATE _07-10-03_

**VISITORS NAME**

1. _Wanda Wiley_        1. _____

2. _Theodora Wiley_     2. _____

3. _Michael Wiley_      3. _____

4. _____      4. _____

BANNED

1. _____      2. _____

NOTE
THIS IS A PERMANENT VISITING LIST. IT MAY ONLY BE CHANGE
AFTER SIX(6) MONTHS. YOU WILL BE ALLOWED A TOTAL OF (8) NAMES
ON YOUR VISITING LIST, BUT YOU WILL BE ALLOWED TWO(2)
VISITORS TO COME ON YOUR VISITING DAY, CHILDREN ( NO MATTER
THEIR AGE, COUNT AS ONE VISITOR), AND THERE WILL NOT BE ANY
EXCEPTIONS TO THIS RULE. EVERY VISITOR MUST SHOW THEIR
VALID PICTURE IDENTIFICATION (DRIVER'S LICENSE/STATE
IDENTIFICATION CARD), WITH THE EXCEPTION OF CHILDREN UNDER
THE AGE OF SIXTEEN (16), WHO MAY USE THEIR SOCIAL SECURITY
CARD.

I HAVE READ THE ABOVE STATEMENTS AND I HAVE LISTED MY (8)
VISITORS NAME ABOVE.

I/M SIGNATURE _Michael Wiley_        DATE _07-10-03_

C/O SIGNATURE _Rita Powers_          DATE _07-10-03_

# DOTHAN POLICE DEPARTMENT ARREST REPORT

**ADULT** [✓]    **JUVENILE** [ ]

ARREST # 01- 03    2732    ITEM # _____

DATE _07-10-03_    ARREST TIME _0700_    BOOKING TIME _1032_

NAME    _Wiley_    _Michael_    _Lewis_
        LAST        FIRST        MIDDLE

ALIAS/MAIDEN _____
              LAST              FIRST              MIDDLE

ADDRESS    _545_    _E._    _BANNER_    _St_
           NUMBER   DIRECTION  STREET/ROAD  SUFFIX    APT/LOT/SUITE

_MIDLAND CITY_    _AL_    _36303_
CITY              STATE    ZIP

DOB _8-20-1982_    SSN _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_    POB _SANFORD N.C_

HOME PHONE _NONE_    OLN/ID _7080880_    ST _AL_    IP (1-YES) 2-NO

EMPLOYER _unemployed_    OCCUPATION _____

EMPLOYER ADDRESS _____
                 NUMBER   DIRECTION   STREET/ROAD   SUFFIX   APT/LOT/SUITE

_____
CITY                      STATE                    ZIP

WORK PHONE _____    RACE _B_  SEX _m_  HGT _6'0_  WGT _199_

ETHNIC ORIGIN    1-HISPANIC   (3)BLACK   84-CAUCASIAN   OTHER _____

HAIR COLOR    (1)BLACK   2-BLONDE   3-BROWN   4-GRAY   5-RED   OTHER _____

HAIR LENGTH    1-BALD   (2)SHORT   3-MEDIUM   4-SHOULDER   6-WAIST   OTHER _____

HAIR STYLE    1-BALD   4-CREWCUT   5-PART LEFT   6-PART RIGHT   7-PART CENTER   8-PULLED BACK
              12-PUNK   (14)AFRO   15-DREDS   16-FADE   OTHER _____

EYE COLOR    1-BLACK   2-BLUE   3-BROWN   5-GREEN   6-HAZEL   OTHER _____   GLASSES  Y  (N)

COMPLEXION    1-ALBINO   3-DARK   5-FAIR   6-LIGHT   (8)MEDIUM   10-OLIVE   OTHER _____

FACIAL HAIR    (1)NONE   3-MUSTACHE   4-BEARD   6-GOATEE   8-FU MANCHU   OTHER _____

BUILD    2-MEDIUM   (6)LARGE   8-AVERAGE   10-SMALL   12-SHORT   OTHER _____

TEETH    (1)NORMAL   3-CROOKED   5-MISSING   6-FALSE   7-GOLD   OTHER _____

SPEECH    1-SOFT   (2)NORMAL   3-LOUD   4-SLURRED   6-ACCENT   9-MUTE   OTHER _____

HAND USE    1-RIGHT   (2)LEFT   3-AMBIDEXDROUS

MARITAL STATUS    (1)SINGLE   2-MARRIED   3-DIVORCED   4-SEPARATED   OTHER _____

SOBRIETY    (1)SOBER   2-DRUNK   3-DRINKING   4-DRUGS   5-UNKNOWN

CAUTIONS _____

SCARS/MARKS _NONE_

TATTOOS _NONE_

RELIGION _CHRISTIAN_

CLOTHING WORN _Blue Jeans, Blue + Brown plaid shirt, Black Kneelong_
              _coat. boots._

SID # _____    SID # _____    SID # _____

FBI # _____

RELATED CASE # 03-6025    SOURCE OFFN
RELATED CASE # 03-5802    SOURCE OFFN
RELATED CASE # 03-884    SOURCE EVDN
RELATED CASE #    SOURCE

VIOLATION LOCATION 4468 W. MAIN ST DOTHAN AL 36303
ARREST LOCATION 2900 John D ODOM RD DOTHAN AL 36303
ZONE 15 ASSIGNMENT    ORI AL 0380100

ON VIEW ☐ CALL ☑ WARRANT ☐ JPO ☐
CHARGE 1 Robbery 1st Degree
COUNTS 1 UCR 1201 SEQ    STATUTE 13-A-8-91    CLEARANCES 1
DRUG TYPE    OPERATOR/ID    BAC

ON VIEW ☐ CALL ☑ WARRANT ☐ JPO ☐
CHARGE 2 Burglary 2nd
COUNTS 1 UCR 2203 SEQ    STATUTE 13A-07-0005    CLEARANCES 1

ON VIEW ☐ CALL ☐ WARRANT ☐ JPO ☐
CHARGE 3
COUNTS    UCR    SEQ    STATUTE    CLEARANCES

ON VIEW ☐ CALL ☐ WARRANT ☐ JPO ☐
CHARGE 4
COUNTS    UCR    SEQ    STATUTE    CLEARANCES

ON VIEW ☐ CALL ☐ WARRANT ☐ JPO ☐
CHARGE 5
COUNTS    UCR    SEQ    STATUTE    CLEARANCES

ON VIEW ☐ CALL ☐ WARRANT ☐ JPO ☐
CHARGE 6
COUNTS    UCR    SEQ    STATUTE    CLEARANCES

AW #1
AW #2
AW #3
AW #4
AW #5
AW #6
AW #7
AW #8
AW #9
AW #10

ARRESTING OFFICER Cpl. Mike Etress    ID # 366    REV 08-2002

## HOUSTON COUNTY SHERIFFS OFFICE

### INMATE INFORMATION SHEET

Page    1

BOOKING NO:    **030002250**

LOCAL ID:  **54722**

Name    : **WILEY MICHAEL LEWIS**

Address: **545 EAST BANNER STREET**

City    : **MIDLAND CIRY**    State: **AL** Zip: **36303**



## Physical Description

Race : **BLACK**

Gender: **MALE**

Height: **6 ' 01 "**

Weight: **215**

Hair : **BLACK**

Eyes: **BROWN**

Complexion: **MEDIUM**

DOB: **08/20/1982**    Age: **20**

Scars/Tattoos:

## Personal Information

DL State : **NO**

DL Number: **NONE**

SSN: **238 59 7657**

SID:

Home Phone:

Work Phone:

## Booking Information

Arrest Date: **07/10/2003**

Arrest Dept: **HCSD**

Arrest Offcr: **DPD CPL MIKE ETRE!**

Search Offcr: **BONIN**

Meal Code: **01**

Booking Officer: **R POWERS**

Booking Date: **07/10/2003**

Booking Time: **19:34**

Facility: **01**

Cell Assignment: **D ON FLOOR**

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| **BURG II** | **$00.00** | **3000.00** | **PENDING** |
| **ROBB I** | **$00.00** | **5000.00** | **PENDING** |

LEAVE BLANK    CRIMINAL

NFF SECOND

SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

**WILEY,MICHAEL LEWIS**

STATE USAGE

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.

238597657

LEAVE BLANK

X  *Michael Wiley*

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH  MM  DD  YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 19820820 | M | B | 601 | 215 | BRO | BLK |



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

DB 50X50G8 113586 #11070 17:03    5701LD #1r09914 2002 04:36

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | | DATE OF ARREST | | ORI | AL0380000 |
|---|---|---|---|---|---|
| SUBMISSION | YES ☐ | MM DD YY | | CONTRIBUTOR | HOUSTON CO SD |
| | | 20030710 | | ADDRESS | DOTHAN AL |
| TREAT AS ADULT | YES ☐ | | | REPLY YES ☑ DESIRED? | |

| SEND COPY TO: (ENTER ORI) | DATE OF OFFENSE MM DD YY 20030710 | PLACE OF BIRTH (STATE OR COUNTRY) NC | COUNTRY OF CITIZENSHIP US |
|---|---|---|---|

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS | | | |
|---|---|---|---|---|

| | RESIDENCE/COMPLETE ADDRESS 545 EAST BANNER STREET | | CITY MIDLAND CITY | STATE AL 36303 |
|---|---|---|---|---|

| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER) J43 RITA POWERS | LOCAL IDENTIFICATION/REFERENCE 54722 | PHOTO AVAILABLE? YES ☒ | | |
|---|---|---|---|---|
| | | PALM PRINTS TAKEN? YES ☐ | | |

| EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO. UNEMPLOYED | OCCUPATION NONE |
|---|---|

| CHARGE/CITATION | DISPOSITION |
|---|---|
| 1. 20030710  2299 BURGL II | 1. |
| 2. 20030710  1299 ROBBERY I | 2. |
| 3. | 3. |
| ADDITIONAL | ADDITIONAL |
| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |

★ U.S. GPO: 2001 483-799/2-02320
FD-249 (REV. 5-11-99)