**ALLERGIES:**

NKDA

#50320

/ X Ray     Physician Orders     Medications     Nurse Notes

Wiley, Michael 54722          8-20-82



EXHIBIT

*A*

# HOUSTON COUNTY JAIL

## NURSING DEPARTMENT

## FLOW SHEET

NAME: _Wiley, Michael_    D. O. B. _8-20-82_    I/M#: _54722_

| Start Date | MEDICATIONS: | Stop Date |
|---|---|---|
| | 1. | |
| | 2. | |
| | 3. | |
| | 4. | |
| | 5. | |
| | 6. | |
| | 7. | |
| | 8. | |
| | 9. | |
| | 10. | |

**CLINICS:**

| | |
|---|---|
| HIV | _____ |
| COPD | |
| SEIZURE | _____ |
| DIABETIC | |
| HEPATITIS | _____ |
| HYPERTENSION | _____ |

**LABS:**

| | NURSE INITIALS |
|---|---|
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |

**MISCELLANEOUS:**

10/3/05 - No chicken, beef d/t religious reasons

**PROBLEMS:**

| | |
|---|---|
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |

# HOUSTON COUNTY JAIL
# RECEIVING SCREENING FORM

NAME: _Michael Wiley_     RACE/SEX: _BM_     D.O.B: _8-20-82_

DATE: _9-28-5_     TIME: _1733_     DOCTOR: _____

BOOKING OFFICER: _Culver_     MEDICAL INSURANCE: _____

SOCIAL SECURITY NUMBER: _238_ - _59_ - _7457_  INMATE NUMBER: _54722_

## VISUAL OPTION:

| | | |
|---|---|---|
| 1. IS THE PERSON CONSCIOUS? | (YES) | NO |
| 2. IS THERE PAIN OR OTHER SYMPTOMS OF NEED FOR EMERGENCY MEDICAL TREATMENT? | YES | (NO) |
| 3. IS THERE OBVIOUS FEVER OR OTHER EVIDENCE OF INFECTION WHICH MIGHT SPREAD? | YES | (NO) |
| 4. IS THE SKIN IN GOOD CONDITION AND FREE OF VERMIN? | (YES) | NO |
| 5. DOES HE/SHE APPEAR TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS? | YES | (NO) |
| 6. ARE THER ANY VISIBLE SIGNS OF ALCOHOL/DRUG WITHDRAWAL SYMPTONS? | YES | (NO) |
| 7. DOES HE/SHE BEHAVE ABNORMALLY?   EXPLAIN _____ | YES | (NO) |
| 8. DOES THE INMATES BEHAVIOR SUGGEST THE RISK OF ASSAULT TO STAFF OR OTHERS? | YES | (NO) |
| 9. DOES THE INMATE HAVE A MEDICAL ALERT CARD OR OTHER MEDICAL INFORMATION? | YES | (NO) |

## OFFICIAL – INMATE QUESTIONNAIRE:

| | | |
|---|---|---|
| 10. ARE YOU TAKING MEDICATION FOR DIABETES, HEART DISEASE, SEIZURES, ARTHRITIS, ASTHMA, ULCERS, HIGH BLOOD PRESSURE, OR PSYCHIATRIC DISORDER? (CIRCLE WHICH). | YES | (NO) |
| 11. DO YOU HAVE MEDICATION WITH YOU? | YES | (NO) |
| 12. DO YOU HAVE A HISTORY OF TUBERCULOSIS? | YES | (NO) |
| 13. DO YOU HAVE A HISTORY OF VENEREAL DISEASE OR ABNORMAL DISCHARGE? | YES | (NO) |
| 14. HAVE YOU RECENTLY BEEN HOSPITALIZED OR RECENTLY SEEN A DOCTOR FOR ANY REASON? IF YES, EXPLAIN: _____ | YES | (NO) |
| 15. ARE YOU ALLERGIC TO ANY MEDICATION?  WHAT? _____ | YES | (NO) |
| 16. HAVE YOU FAINTED RECENTLY OR HAD A HEAD INJURY? | YES | (NO) |
| 17. DO YOU HAVE EPILEPSY, DIABETES, HEPATITIS, OR ANY CHRONIC ILLNESS? _____ | YES | (NO) |
| 18. DO YOU HAVE A PAINFUL, DENTAL CONDITION? | YES | (NO) |
| 19. IF FEMALE, ARE YOU PREGNANT?  ON BIRTH CONTROL PILLS? (CIRCLE WHICH) | YES | (NO) |
| 20. DO YOU HAVE A SPECIAL DIET PRESCRIBED BY A PHYSICIAN? TYPE _Kosher food_ _Veg Diet_ | (YES) | (NO) |
| 21. DO YOU HAVE ANY OTHER MEDICAL PROBLEM WE SHOULD KNOW ABOUT? REMARKS: _____ | YES | (NO) |

STATE OF ALABAMA}
HOUSTON COUNTY}                 **MEDICAL RELEASE AUTHORIZATION**

**KNOW ALL MEN BY THESE PRESENTS,** That for and in consideration of Houston County, Alabama, assuming the financial responsibility or liability for my medical or doctor treatment and care, I do hereby authorize any such medical doctor or hospital to release any medical records or information to any duly appointed or authorized representative of Houston County, Alabama.

However, this medical release authorization is specifically limited to properly authorized Houston County personnel; and any such medical doctor or hospital is not authorized to release any such medical information or treatment information to any other person, company, or corporation, other than by my further expressed authority from me and my attorney.

ATTEST: _____    X _Michael Wiley_____
WITNESS

I, _____, an inmate in the Houston County Jail, have been duly informed and do understand the cost of Housing and Medical Care may be assessed against me as cost of court, if I am convicted of a misdemeanor in the District Court.

X _____
                    SIGNATURE

DATE: _9-29-5_____
WITNESS: _____

# INMATE HYGIENE FORM

**Date:** 9-29-5            **Shift:** 2nd

**Time:** _____AM / PM

**Inmate name:** Michael Wiley

**Inmate Number:** 54722

The above named inmate was sprayed with the Delousing Agent (hair and body areas). This agent was left on their hair and body for 10 minutes. The inmate was then instructed to shower to remove this agent.

**Inmate Signature:** X Michael Wiley

**Officer Signature:** X

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Return this form to Nursing with the inmate's Medical Screening Form.

9-19-05

HOUSTON COUNTY SHERIFF'S OFFICE

## INMATE INFORMATION SHEET

Page    1

| BOOKING NO:    050003788 | LOCAL ID:   54722 |
|---|---|

Name    : **WILEY MICHAEL LEWIS**

Address: **545 EAST BANNER STREET**

City    : **MIDLAND CIRY**        State: **AL** Zip: **36303**



### Physical Description

Race : **BLACK**                Hair : **BLACK**

Gender: **MALE**                Eyes: **BROWN**

Height:  **6 ' 01 "**      Complexion:  **MEDIUM**

Weight: **215**                  DOB:  **08/20/1982**        Age: **23**

Scars/Tattoos:

### Personal Information

DL State : **NO**              Home Phone:

DL Number: **NONE**            Work Phone:

    SSN:  **238 59 7657**

    SID:

### Booking Information

Arrest Date: **09/29/2005**      Booking Officer: **CULVER**

Arrest Dept: **HCSD**              Booking Date: **09/29/2005**

Arrest Offcr: **WILSON**          Booking Time: **17:45**

Search Offcr: **CULVER**              Facility: **01**

    Meal Code: **01**          Cell Assignment:

### Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| **ALIAS-ROBBERY1ST** | **$00.00** | **0** | **PENDING** |
| **WRIT RSP1ST** | **$00.00** | **0** | **PENDING** |
| **WRIT RSP1ST** | **$00.00** | | **PENDING** |
| **BURG2ND** | **$00.00** | **0** | **PENDING** |
| **RSP1ST** | **$00.00** | **5000** | **PENDING** |
| **RSP1ST** | **$00.00** | **5000** | **PENDING** |

## INMATE REFUSAL

NAME _Michael Wiley_

DATE _01/03/06_

REFUSES MEDICATION _____

REFUSES MEDICAL TREATMENT _X_   _WEIGHT_ ✓

INMATE SIGNATURE _____

**Physician Orders**

## PHYSICIAN ORDERS

INMATE _Wiley, Michael_

DATE _11/21/05_

re√ it. in 30 days - sch 12/21. J.H.

re√ on 1/3/06 - w

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

**D. SPEIGNER CRNP**                    **DR. SAM BANNER**

DATE _11-15-05_

Inmate _Wiley, Michael_     D.O.B. _8-20-82_  IM# _54722_

B pod

Chief
Complaint _____ fr

Allergies _NKDA_          V/S _118/68   56   19_        97.4

WT. 200

I/m states that when his diet of
"no beef" — only chicken/fish started (2° religious — no beef approx 2yrs),
that they would give him a cheese sandwich — but states "kitchen lady" states
that if he gets beans, he can't have a cheese sandwich & visa versa. States
sometimes will receive tray c̄ couple pieces of cheese, some cole-slaw, & whatever
the dessert is — .
   — I told I/m that I am going to try to get down to take picture of his
tray today — at which point, I/m stated that "yesterday, he thought they gave
him double portions — that the tray actually was good."

          picture obtained/attached          DS

L. Laguerra



**Medications**

ABL MANAGEMENT, INC

## HOUSTON COUNTY JAIL

### Restricted Medical Diet Order

DATE DIET BEGINS: **10·3·05**                DIET CANCELLATION DATE: _____

INMATE/DETAINEE NAME: **Wiley Michael**    I.D. NUMBER: **54722**

HOUSING UNIT: **B**

MEDICAL NOTE: The following diet plans have been developed for this facility. If you do not see the required diet listed on this order form, the dietitian must be contacted BEFORE the diet may be produced. Thank you for your cooperation.

DIET ORDER: (Check ONLY ONE diet at a time. Please!)

*"No beef..."*
*Chicken or fish only*
*due to religious beliefs*

_____ 1. Dental/Mechanical (for dental problems)

_____ 2. Dental/Straw Full Liquid (For Wired Jaws - 30 days only; renewal required)

_____ 3. 1800 CAL A.D.A with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 4. 2200 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 5. 2500 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 6. No Concentrated Sweets with H.S. Snack (Non-Insulin Dependent) 4 Meal Plan

_____ 7. Pregnancy with H.S. Snack (+500 calories and 4 milks) 4 Meal Plan

_____ 8. Nutrition Support with H.S. Snack (+500 calories and 4 milks) 4 Meal Plan

_____ 9. High Fiber (approximately 28 grams)

_____ 10. Full Liquid (3 days only)

_____ 11. Clear Diet (2 days only)

_____ 12. Heart Healthy (Low Fat [<30%]/Low Cholesterol [<300 mg]/Low Salt [<4 gm NA])

I have been counseled on this diet, understand the plan and agree to follow the rules of eating the diet every day. I also understand that if I do not pick up the diet tray at each meal, the diet may be canceled by medical.

Inmate/Detainee's Signature: *On file*                Date: **10·14·05**

COMMENTS:

Authorized Medical Health Provider: _L. Laguerre, LPN_

KITCHEN RECEIVED BY: _____        DATE: _____

* NO WEIGHT REDUCTION DIETS ARE TO BE ORDERED USING THE ADA PATTERNS; USE HEART HEALTHY DIET FOR LIFE THREATENING CASES OF WEIGHT CONTROL. VEGETARIAN DIETS ARE NOT A MEDICAL PROBLEM. THEREFORE, THEY ARE NOT ORDERED ON THIS FORM. THANK YOU.

Form C-100  Rev. 4/02

ABL MANAGEMENT, INC

## HOUSTON COUNTY JAIL

### Restricted Medical Diet Order

DATE DIET BEGINS: _10-3-05_    DIET CANCELLATION DATE: _____

INMATE/DETAINEE NAME: _Wiley, Michael_    I.D. NUMBER: _54772_

HOUSING UNIT: _"G"_

**MEDICAL NOTE:** The following diet plans have been developed for this facility. If you do not see the required diet listed on this order form, the dietitian must be contacted BEFORE the diet may be produced. Thank you for your cooperation.

_"NO BEEF"_
_CHICKEN or FISH ONLY_
_Thanks!_

**DIET ORDER: (Check ONLY ONE diet at a time. Please!)**

_____ 1. Dental/Mechanical (for dental problems)

_____ 2. Dental/Straw Full Liquid (For Wired Jaws - 30 days only; renewal required)

_____ 3. 1800 CAL A.D.A with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 4. 2200 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 5. 2500 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 6. No Concentrated Sweets with H.S. Snack (Non-Insulin Dependent) 4 Meal Plan

_____ 7. Pregnancy with H.S. Snack (+500 calories and 4 milks) 4 Meal Plan

_____ 8. Nutrition Support with H.S. Snack (+500 calories and 4 milks) 4 Meal Plan

_____ 9. High Fiber (approximately 28 grams)

_____ 10. Full Liquid (3 days only)

_____ 11. Clear Diet (2 days only)

_____ 12. Heart Healthy (Low Fat [<30%]/Low Cholesterol [<300 mg]/Low Salt [<4 gm NA])

I have been counseled on this diet, understand the plan and agree to follow the rules of eating the diet every day. I also understand that if I do not pick up the diet tray at each meal, the diet may be canceled by medical.

Inmate/Detainee's Signature: _ox file_    Date: _10-3-05_

COMMENTS: _____

Authorized Medical Health Provider: _L. Laguerra LA_

KITCHEN RECEIVED BY: _____    DATE: _____

* NO WEIGHT REDUCTION DIETS ARE TO BE ORDERED USING THE ADA PATTERNS; USE HEART HEALTHY DIET FOR LIFE THREATENING CASES OF WEIGHT CONTROL. VEGETARIAN DIETS ARE NOT A MEDICAL PROBLEM. THEREFORE, THEY ARE NOT ORDERED ON THIS FORM. THANK YOU.

Form C-100  Rev. 4/02

**Nurse Notes**

# HOUSTON COUNTY JAIL MEDICAL CLINIC

## INTAKE

DATE _10-3-05_

INMATE _Wiley, Michael_ # _54772_ DOB _8-20-82_

ALLERGIES _NKDA_                    V/S _117/67  63  18  98.6_

HEIGHT _6'1"_    WEIGHT _202_

**CURRENT MEDICAL PROBLEMS**

_Denies_

**PERSONAL DOCTOR** _from FCI Manchester (KY)_ **ADDRESS**

**HOSPITALIZATIONS**

_Denies_

_(old chart?)_

**CURRENT MEDICATIONS**

_Denies_

**MEDICATIONS BROUGHT IN?** _N/A_

**NURSING ASSESSMENT:**

A & O x 4. NAD. Pleasant BM. Converted to "Hebrew Israelite" x 11 yrs ago. States (& on docket form) need of special diet. Explained to I/m that no pork is served here. States (Requests) no beef as has not eaten red meat in so long – states chicken/fish okay. – Not demanding at all just "requesting."

_____*U*____ (nurses initials) EXPLAINED HOW TO OBTAIN MEDICAL TREATMENT WHILE IN HCJ

NURSE _____

**Lab / X Ray**

**Inmate Requests**

## INMATE REQUEST FORM

Date: 9-30-05

INMATES # 54722

To: Medical

C/O SIGNATURE _____

From: Michael Wiley

SR C/O SIGNATURE _____

**NATURE OF REQUEST** I told the C/O that backed me yesterday about my special Religous Diet of Kosher vegitarian foods. I have yet to recieve my tray and I am missing meals. I am a Federal Inmate and at the institution I come from, these foods are provided for us throughout the B.O.P. for Hebrew Israelites.

**ACTION TAKEN** _____

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

## INMATE REQUEST FORM

Date: 11-12-05

INMATES # 54722 B pod

To: Medical

C/O SIGNATURE L. Moon

From: Michael Wiley   cell # B-10

SR C/O SIGNATURE

**NATURE OF REQUEST** You Weighed me the other day (11-9-05) and found out I lost 10 pounds in 30 days and still nothing has been done about my food. Give me either double portions, or a snack at night or let me buy food for myself if you're not going to feed me. I am rapidly deteriorating from malnourishment back here. And I don't live off of slices of cheese. Thats all the Kitchen seem

**ACTION TAKEN** To want to feed me. Please DO SOMETHING!!! I'm blacking out on a daily Basis!!

**Referrals**

**Correspondence**

# INMATE GRIEVANCE FORM

DATE: _11-13_____ 2005     POD/CELL LOCATION: _B / 10_

INMATE NAME: _Michael Wiley_     INMATE NUMBER: _54722_

NATURE OF GRIEVANCE OR INFORMATION: Its my HEALTH! The other day I got weighed up in medical (11-8-05) and I lost 10 pounds, in the 30 days I been here! And the other day I fainted after blacking out and hit my head on the floor, I told the Nurse and she said that loosing weight was a good thing "When we should put that on Jenny Craig" she said "This isnt a Fucking Fat camp you guys are running here its a jail!" Since I been on this Vegetarian diet that the Kitchen is forcing on me I have been DYING back here!

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I'm suppossed to get either double portion or else give me a snack at night or at least let me buy food for myself if you wont feed me a Slice of cheese is no meat for a grown man I told Nurse Salena about it and she told me to eat my own. You can't starve me because of my religion. Either feed me or I'm gonna slap the biggest damn lawsuit I can think of on this place when I get back to Federal Prison next month. I expect to hear something back sence the last time you assholes didnt even respond I'm blacking out on a daily basis here. Either you fucking

OFFICER RESPONSE OR FINDING? do something or dismiss it ALL!!!

Malnutrition is an 8th Amendment violation and its money (42 USC §1953) Bivens Act!

11/15/05 You weigh 200 lbs. + are not underweight

if one more obscenity is stated or written you will be sanctioned. DS

SGT. ON DUTY RESPONSE: _____

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _11-17-05_

CORRECTIONS OFFICER SIGNATURE: _T. Bush_

INMATE SIGNATURE: _Michael Wiley_

## INMATE GRIEVANCE FORM

DATE: _11 – 1_____ 2005    POD/CELL LOCATION: ___B/10____

INMATE NAME: _Michael Wiley_____    INMATE NUMBER: ___54722___

NATURE OF GRIEVANCE OR INFORMATION: _I am still getting problems with my trays. The Lunch Lady is STILL not giving me any fish or poultry. The "vegetarian" meals she gives me are skimpy at best. Yesterday I got only a little coleslaw, ~~4 trays~~ 4 slices of canned peaches and a price of cheese. What ~~kind~~ kind of meal is that for a grown man? I am lite headed all day and nobody wants to help me. I am a Federal I/m and this is a violation of my Eighth Amendment Right and also Title 42 U.S.C. § 1983 Bivens Act. Starving people with religious diets is wrong and against the law._

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? _I want my trays to be as they were medically requested. I will also like there to be a PROTIEN supplement on the tray on the ~~trays~~ trays I don't get meat. A slice of cheese 3 times a day is not a protien substitute, peanut butter has protien. I expect to be treated like a human being, not a rabbit. I will also be contacting the Federal Marshalls, the Federal Correctional Institution, Sheriff Glover, and will also be preparing the necessary affidavits, witnesses, violations and claims against this place and individual personel on various charges. Malnurishment, theft of_

OFFICER RESPONSE OR FINDING? _property, religous persecution, and mistreatment, and cruel and unusual punishment (8th Amend) to name a few._

_11/15/05 I/m said he "thought he was getting doble portion & that the tray was actually good."_

_JQ_

SGT. ON DUTY RESPONSE:_____

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _____

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____