Date: 2-7-06

From: Michael Wiley
(Plaintiff)

RECEIVED
2006 FEB 10 A 9:33

RE: Case No. 1:05-CV-1156

To whom it may concern,

The purpose of this letter is to promptly inform the Court that Plaintiff in the above mentioned cause has had a recent change of address. I can now be reached at:

Michael Wiley  #11314-002
Federal Correctional Institution
P.O. Box 4000
Manchester KY 40962-4000

and have been here since the first of February (2-1-06). I also sent a motion for Summary Judgement on January 31, 2006 but do not know if it reached the court because of scrutiny in the mail room at the Houston County Jail.

I would also like a copy of the affidavit/notice that was sent to the Defendants as I, the Plaintiff, never recieved a copy in the mail due to neglegence of the Defendants.

Respectfully submitted,
Michael Wiley
(Plaintiff)