# HOUSTON COUNTY SHERIFF'S DEPARTMENT PROPERTY HOLD

I/M NUMBER: S4722

LAST NAME: Wiley

FIRST NAME: Michael

M.I.: L

CASH: 

HOLD 1: 

HOLD 2: 

OTHER ITEMS: 

I DO/DO NOT GIVE MY PERMISSION FOR ALL MY INCOMING MAIL TO BE INSPECTED. I UNDERSTAND THAT IF I DO NOT GIVE MY PERMISSION FOR MY MAIL TO BE INSPECTED, IT WILL BE RETURNED TO SENDER.

X_____ DATE_____

I,_____, MADE APPLICATION TO THE BONDING COMPANY OF MY CHOICE.

X_____ DATE_____

I,_____, RECEIVED FROM THE HOUSTON COUNTY SHERIFF DEPARTMENT ALL MY PROPERTY, AND MONEY UPON RELEASE.

X_____ DATE_____

I WAS ALLOWED TO MAKE A PHONE CALL.

X  X Michael Wiley    DATE 9-29-5

I RECEIVED A COPY OF THE JAIL RULES AND REGULATIONS.

X_____ DATE_____

WITNESS _____ DATE 9-29-5

Exibit A