# INMATE GRIEVANCE FORM

Medical

DATE: 12-29, 2005    POD/CELL LOCATION: ____

INMATE NAME: Michael W____    INMATE NUMBER: 54___

NATURE OF GRIEVANCE OR INFORMATION: I have been back in lock down for 7 months even longer than anybody else in here and not being able to sleep on my mat is causing me back problems. I am in pain every waking minute.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I would ~~~~ at least like to have my mat while I'm back here. After all, I'm only back here because of my hair. It's not like I have ___ anybody or ___ing. Just having my back looked at is going to cost me medical bills.

OFFICER RESPONSE OR FINDING? (1) You're in jail (2) You're on lockdown (NOT meant to be "comfortable.") Medical does NOT interfere with "lockdown" by ordering a mat, etc. If you are "failing to comply with regulations" by refusing to have your hair cut, then you are to be treated accordingly — "lockdown." If you wish to be seen by medical, FILL OUT A REQUEST!

LL

SGT. ON DUTY RESPONSE: ____

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: ____

CORRECTIONS OFFICER SIGNATURE: ____

INMATE SIGNATURE: MW

Exibit B