IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS WILEY<br>Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION NO.:1:05-cv-1156-F |
| LAMAR GLOVER, et al.<br>Defendants. | )<br>)<br>) |

**motion for the production of documents and records**

NOW COMES, the Plaintiff, pro se, and respectfully moves this Honorable Court to ORDER the Defendants to permit him to inspect any and all documents and records of Houston County Jail in the Plaintiff's file be they medical or otherwise, and further moves this Court to ORDER that these records, described above, be delivered to the Plaintiff for examination.

In support thereof, Plaintiff states as follows;

1. These items maybe material to the preparation of the claim and this request is reasonable.

2. To prepare this case for trial, the Plaintiff must have access to these records. The Defense, having sole and exclusive access to these records, is using them for the purpose of preparing this case for trail.

WHEREFORE, the Plaintiff asks that the relief requested in this motion be granted; that the records desrcibed be delivered to the Plaintiff.

Date: 6-20-06

Respectfully submitted,

/s/ _____
MICHAEL WILEY
Plaintiff

## Certificate Of Service

I, Michael Wiley, CERTIFY that a copy of this **Motion for the Production of Documents and Records** has been sent to the Defendants via United States Postal Service on this 20 day of June, 2006 at the following address:

-SHERRER, JONES & TERRY P.C.
 Attorneys At Law
 335 West Main Street
 Dothan, AL. 36301

Sincerely,

*Michael Wiley*
Michael Wiley