IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL LEWIS WILEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:05-cv-1156-MEF |
| | ) |
| **LAMAR GLOVER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## RESPONSE TO PLAINTIFF'S MOTION
## FOR THE PRODUCTION OF DOCUMENTS AND RECORDS

Come now Defendants, Sheriff Lamar Glover, Commander William McCarty, Correction Officer C. Miller and Nurse Practitioner Darla Speigner in the above-styled cause and for response to Plaintiff's Motion for the Production of Documents and Records, state as follows:

1. Defendants submitted a copy of Plaintiff's Inmate File consisting of fifty-eight (58) pages when their Special Report and Answer was filed in this case on February 8, 2006.

2. Defendants submitted a copy of Plaintiff's Jail Medical File consisting of twenty-four (24) pages when their Special Report and Answer was filed in this case on February 8, 2006.

Dated this 27th day of June, 2006.

Respectfully submitted,

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants

OF COUNSEL:
SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Response to Motion upon, Michael Lewis Wiley, 11314-002, W-B, Federal Correctional Institution, Post Office Box 4000, Manchester, Kentucky, 40962-4000, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 27th day of June, 2006.

s/Gary C. Sherrer
OF COUNSEL