IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL LEWIS WILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-CV-1156-MEF |
| | ) | |
| LAMAR GLOVER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the motion for production of documents and records filed by the plaintiff on June 23, 2006 (Court Doc. No. 18), and as the defendants have submitted copies of all documents and records relevant to the claims presented in the instant complaint, it is

ORDERED that this motion be and is hereby DENIED.

DONE, this 28th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE