```
         IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE MIDDLE DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

MICHAEL LEWIS WILEY       )
     Plaintiff            )
                          )     CASE NO. 1:05-CV-1156-MEF
     v.                   )
                          )
LAMAR GLOVER, et al.,     )
     Defendants           )

## MOTION TO SUPPLEMENT

   **COMES NOW,** Plaintiff, MICHAEL LEWIS WILEY, pro se, and asks that this Honorable Court grant this Motion to Supplement (Amend) to the Plaintiff's original Response. Rule 15(a) of the Federal Rules of Civil Procedure sets forth the basic amendment rules and states that "leave to amend shall be freely given when justice so requires." Justice so requires it in this case in that it is required that the plaintiff STATE ALL claims against the defendants or else he cannot receive relief regarding these matters.

   It is also necessary for the plaintiff to state the capacity in which the defendants are to appear. Plaintiff realizes that in many cases, the defendants of particular municipalities are able to hid behind "qualified immunity" shields insofar as they will not personaly be held liable for their wrong doings in performing discretionary functions that violate clearly established statutory or constitutional rights of which a reasonable person would have known.

   Wherefore, it is prayed upon this Honorable Court, that the plaintiff be granted permission to amend the attached documents to the plaintiff's original response so that ALL claims maybe stated and so that it maybe clear to the Court the scope in which the plaintiff wishes the defendants to appear.

Dated: 10-5-06

                                          Respectfully submitted,

                                        */s/ Michael Wiley*

                                        Michael Wiley, Plaintiff

CERTIFICATE OF SERVICE

Date:

Re: CIVIL ACTION No.: 1:05-CV-1156-MEF

    I, MICHAEL LEWIS WILEY, Plaintiff in the above mentioned cause, hereby certify that a copy of the plaintiff's **MOTION TO SUPPLIMENT** and **SUPPLEMENT** has been sent to the defendant's counsel at SHERRER, JONES & TERRY, P.C. 335 West Main Street, P.O. Box 805 Dothan Alabama 36302 via the United States Postal Service, certified prepaid postage on this 5th day of October 2006.

                                                        MICHAEL LEWIS WILEY
                                                        Plaintiff