IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS WILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 1:05-CV-1156-MEF |
| | ) |
| LAMAR GLOVER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion to amend filed by the plaintiff on October 10, 2006 (Doc. No. 21), in which the plaintiff asserts additional claims for relief against the defendants, and for good cause, it is

ORDERED that:

1. The motion to amend be and is hereby GRANTED.[1]

2. The defendants undertake a review of the subject matter of the complaint, as amended, (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken to resolve the subject matter of the complaint; and (c) to determine whether other similar complaints should be considered together.

---

[1] 1. In this pleading, the plaintiff asserts that the defendants (i) imposed punishment upon him as a pre-trial detainee without due process, (ii) denied him a hearing on a disciplinary sanction lodged against him, (iii) deprived him of reasonable access to the courts. The plaintiff also seeks to hold the defendants liable in both their individual and official capacities.

3. The defendants shall file a written report containing the sworn statements of all persons having knowledge of the subject matter of the complaint, as amended. This report shall be filed with the court and a copy served upon the plaintiff within forty (40) days of the date of this order. Authorization is hereby granted to interview all witnesses, including the plaintiff. <u>Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report. Where the plaintiff's claims or the defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.</u>

4. An answer shall be filed by the defendants addressing the complaint, as amended, within forty (40) days from the date of this order.

5. <u>No</u> motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

**The plaintiff is CAUTIONED that this court will not continue to grant him leave to amend without a showing of exceptional circumstances.**

The CLERK is hereby DIRECTED to furnish a copy of this order to the plaintiff and

a copy of this order and amendment to the complaint to the defendants and counsel of record for the defendants.

    DONE, this 12th day of October, 2006.

                             /s/ Susan Russ Walker
                             SUSAN RUSS WALKER
                             UNITED STATES MAGISTRATE JUDGE