IN THE DISTRICT COURT OF THE
UNITED STATES FOR THE MIDDLE DISTRICT
OF ALABAMA

MICHAEL LEWIS WILEY          )
    Plaintiff              )
                           )
v.                           )   CIVIL ACTION NO.: 1:05-CV-1156
                           )
LAMAR GLOVER, et al.         )
    Defendants             )

### MOTION FOR STATUS HEARING

**COMES NOW**, MICHAEL WILEY, Plaintiff, pro se, and respectfully requests this Honorable Court to schedule a hearing on the Docket in reference to the above stated cause. Conference calling is available if preferred.

I ask that the Court send a copy of the Order to my Case Manager Mr. Smith at P.O. Box 3000, Manchester KY 40962. Phone # (606) 598-1900.

Date: October 18, 2006

Respectfully submitted,

*Michael Wiley*
MICHAEL WILEY
Plaintiff

## CERTIFICATE OF SERVICE

I, MICHAEL LEWIS WILEY, Plaintiff in the above styled cause, hereby certify that a copy of the Plaintiff's **MOTION FOR STATUS HEARING has been sent** to the defendannt's counsel at SHERRER, JONES & TERRY, P.C. 335 West Main Street P.O. Box 805 Dothan, AL. 36302 via the United States Postal Service, on this 18th day of October 2006.

*Michael Wiley*
MICHAEL LEWIS WILEY