IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL LEWIS WILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-CV-1156-MEF |
| | ) | |
| LAMAR GLOVER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for status hearing filed by the plaintiff on October 24, 2006

(Court Doc. No. 24), and as a status hearing is neither necessary nor warranted, it is

ORDERED that this motion be and is hereby DENIED.

Done this 25th day of October, 2006.


_____/s/ Susan Russ Walker_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE