FIRST SET OF INTERROGATORIES

Plaintiff, MICHAEL LEWIS WILEY, submits the following Interrogatories thereby to the DEFENDANTS/PERSONS, pursuant to the Federal Rules Of Civil Procedures Rule 33... Therefore defendants are directed to answer the following interrogatories in writing under oath within (30) days of service.

RECEIVED
2006 NOV 17 A 9:42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

1. What is Houston County Jail's (hereinafter "H.C.J.") policy in terms of federal inmates housed on detainers/writ in your custody?

2. How many forms of segregation are impossed upon inmates at H.C.J.? Please specify.

3. Please disclose a copy of all kosher items on the approved menu.

4. Is it common practice at H.C.J. to have disciplinary hearings in regard to santions that would result in an inmate being placed on indefinite segregation?

5. What is H.C.J.'s policy and procedure on quaratining an inmate?

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS WILEY, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:05-CV-1156-MEF |
| LAMAR GLOVER, et al., | ) |
| Defendants. | ) |

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S INTERROGATORIES

MICHAEL LEWIS WILEY, being first duly sworn under oath says: The questions in this interrogatory are material to the claims in this case by the plaintiff.

*Michael Wiley*
MICHAEL WILEY

*P. Atwell, LSW 11/9/06*
*Authorized By The Act Of July
To Administer Oaths (18 U.S...)*

## CERTIFICATE OF SERVICE

I , MICHAEL LEWIS WILEY, Plaintiff, being first duly sworn under oath says that on the Eighth day of November, 2006, I served a copy of the attached **Interrogatory & Affidavit in Support of Interrogatory** the to defendants in the City Of Dothan , securely closed in an envelope with sufficient postage attached thereto, addressed as follows:

> SHERRER, JONES & TERRY, P.C.
> 335 West Main Street
> P.O. Box 805
> Dothan, Alabama 36302

*Michael Wiley*
Plaintiff

*[signature]* 11/9/06
"Authorized By The Act Of July 7, 1955
To Administer Oaths (18 U.S.C. 4004)"

(3)