IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL LEWIS WILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-CV-1156-MEF |
| | ) | |
| LAMAR GLOVER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the interrogatories filed by the plaintiff on November 17, 2006 (Court Doc. No. 26), which the court construes to contain a motion for leave to conduct discovery, and as the information sought by the plaintiff in the interrogatories is either irrelevant to the disposition of the issues pending before this court or cumulative to the information previously provided by the defendants, it is

ORDERED that this motion be and is hereby DENIED.

Done this 20th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE