IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS WILEY, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 1:05-cv-1156-MEF |
| LAMAR GLOVER, et al., | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants in the above-styled cause, and respectfully request a twenty-four (24) day extension through and until December 15, 2006, in which to file their Supplemental Special Report and Answer filed with this court, and as grounds therefore state as follows:

1. That Defendants Supplemental Special Report and Answer is currently due in this case on November 21, 2006.

2. That due to the serious illness and prolonged hospitalization and treatment of one of the primary defendants, the undersigned has not been able to meet with all the necessary defendants to prepare the Defendant's Supplemental Special Report and Answer.

3. That said defendant has not been able to return to work or otherwise physically assist the undersigned in the preparation of the Supplemental Special Report and Answer.

4. That as of this date, said defendant is expected to be capable of assisting the undersigned during the first part of December, 2006 in the preparation of said Supplemental Special Report and Answer.

5. That the undersigned has met with the other defendants with regard to information necessary for said Supplemental Special Report and Answer.

WHEREFORE, Defendants respectfully request a twenty-four (24) day extension through and until December 15, 2006, in which to file their Supplemental Special Report and Answer in this case.

Dated this 21st day of November, 2006.

Respectfully submitted,

**s/Gary C. Sherrer**
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all listed parties, and I further certify that a copy of the foregoing has been served upon, Michael Wiley, #11314-002, Federal Correctional Institution, Post Office Box 4000, Manchester, KY 40962-4000, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 21st day of November, 2006.

**s/Gary C. Sherrer**
OF COUNSEL