IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS WILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 1:05-CV-1156-MEF |
| | ) |
| LAMAR GLOVER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion for extension of time filed by the defendants on November 21, 2006 (Court Doc. No. 28), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the defendants be GRANTED an extension from November 21, 2006 to and including December 18, 2006 to file their special report and answer to the amendment to the complaint.

Done this 27th day of November, 2006.

                                                /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE