IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS WILEY, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:05-CV-1156-MEF |
| LAMAR GLOVER, et al., | ) |
| Defendants. | ) |

## MOTION FOR RECONSIDERATION

COMES NOW, MICHAEL LEWIS WILEY, Plaintiff, pro se, and hereby moves that this Honorable Court reconsider it's ORDER to deny the Plainitiff's interrogatories on the 20th day of November, 2006. It is imperitive to my cause that the interrogatories be allowed to commence as the questions proposed to the defendants can/will lead to other questioning not yet answered in the information provided by the defendants. It will also allow myself the opportunity to proove and thus further strengthen the claims stated in this cause in order that the Court may make a fair and just decision based on the findings produced by the interogatories as well as other information provided.

I state that the information sought in the interrogatories is not irrelevant to the issues pending before the Court. The information requested in the interrogatories was not covered in either of the documents submitted by the defendants.

WHEREFORE, it is prayed upon this Honorable Court that the interrogatories be allowed and that I be allowed to further seek the information that will help the Court in it's dicision.

Dated this 29th day of November, 2006.

Respectfully submitted,

_____
MICHAEL LEWIS WILEY
Plaintiff

## CERTIFICATE OF SERVICE

I, MICHAEL WILEY, hereby certify that this MOTION FOR RECONSIDERATION has been delivered to the defendants at **SHERRER, JONES & TERRY, P.C. 335 West Main Street, Dothan AL 36301** on this 30th day of November, 2006, via U.S. Postal Service.

Date: 11-30-06

_____
Michael Wiley