IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL LEWIS WILEY,          )
                              )
          Plaintiff,          )
                              )
v.                            )          CASE NO. 1:05-CV-1156-MEF
                              )
LAMAR GLOVER, et al.,         )
                              )
          Defendants.         )

## ORDER ON MOTION

Upon consideration of the motion for reconsideration filed by the plaintiff on December 7, 2006 (Court Doc. No. 30), in which the plaintiff seeks reconsideration of the order denying him leave to conduct discovery with respect to proposed interrogatories (Court Doc. No. 27), and as the information sought by the plaintiff in the interrogatories is either irrelevant to the disposition of the issues pending before this court or cumulative to the information previously provided by the defendants, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 7th day of December, 2006.


        /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE