IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS WILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:05-CV-1156-MEF |
| | ) |
| LAMAR GLOVER, et al., | ) "DEMAND FOR JURY TRIAL" |
| | ) |
| Defendants. | ) |

## SUPPLEMENTAL SPECIAL REPORT

Comes now, Defendants, **Sheriff Lamar Glover, Mrs. Carolyn Jackson, Commander William McCarty, Corrections Officer Pam Miller and Nurse Practitioner Darla Speigner** in the above-styled cause, pursuant to this Courts Order on Motion requiring a Supplemental Special Report and Answer in response to plaintiff's "Amendment to Complaint" and supplements and amends their Special Report and Answer as previously filed to include the following:

1. After a careful reading of plaintiff's amended complaint, styled Plaintiff's Supplement, and comparing it with the claims asserted in plaintiff's original complaint as filed, it is the defendants' position that Plaintiff's Supplement restates many of the claims against the defendants that were stated in the original complaint.

2. The Plaintiff's Supplement asserts the plaintiff's legal interpretation and opinion as applied to the facts made the basis of the plaintiff's claims made in his original complaint in this case.

3. In response to Plaintiff's Supplement the defendants reassert the contentions, defenses and factual information contained in their original Special Report and Answer with exhibits heretofore filed February 8, 2006 in this case. Said Special Report and Answer is incorporated herein by reference as if fully set forth.

4. In further factual responses to Plaintiff's claims as stated in Plaintiff's Supplement, please refer to the Affidavits of Chaplain Baker and Commander McCarty, which are attached hereto as Exhibits "1" and "2", respectively.

Respectfully submitted,

**s/Gary C. Sherrer**
GARY C. SHERRER, ATTORNEY FOR
THE ABOVE-REFERENCED DEFENDANTS
Alabama Attorney Code No. SHE-016

OF COUNSEL:

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
(334) 678-0100

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, do hereby certify that I have served a copy of the foregoing upon Michael Lewis Wiley, #54722, Federal Correctional Institution, Post Office Box 4000, Manchester, Kentucky 40962-4000 by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 14th day of December, 2006.

**s/Gary C. Sherrer**
OF COUNSEL