IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL LEWIS WILEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:05-CV-1156-MEF |
| | ) |
| **LAMAR GLOVER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## AFFIDAVIT

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority for administering oaths, personally appeared **David Baker** who is the Chaplain of the Houston County Jail, who being by me first duly sworn, deposes and says as follows:

I am David Baker and I am the Chaplain of the Houston County Jail. My principal duties involve assisting the staff of the Houston County Jail as they seek to provide inmates the opportunity to worship in the recognized religion of their choice and otherwise implement the Houston County Jail Policy and Procedure Directive related to Religion, Policy Number E-104, a true and correct copy of which is attached hereto as **Exhibit A**. I have personal knowledge of the facts and information contained herein. I make this affidavit after review of the subject matter of Plaintiff's Complaint and in an attempt to address Plaintiff's claims in this case.


EXHIBIT 1

Subject only to the above referenced policy and the usual security and safety measures of the jail, the Houston County Jail is and has always been open for Muslim clergy to come to the jail to hold religious services. In an attempt to assist Orthodox Jewish inmates in the jail, I have personally contacted members of the Jewish clergy to see if they wanted to provide written literature and to see if they wanted to hold religious services for inmates in the jail. At all times material to the plaintiff's Complaint, the jail staff accommodated the special dietary requirements of the Orthodox Jewish faith and served such believers and the plaintiff meals that did not contain pork.

The plaintiff was at all times permitted to practice his religion in his cell during lock down times and in the open area or day room when he was not in his cell. Based upon information and belief, during most of the time frame complained of by the plaintiff he was in segregation for failure to follow the rules of the jail. In an attempt to assist the plaintiff with the practice of his religion, the plaintiff had the opportunity to practice his faith while incarcerated in the Houston County Jail. The plaintiff was not prohibited from the practice of his faith at any time while in the Houston County Jail.

The plaintiff was not denied free access to or the freedom to practice his religious beliefs except as necessarily related to his condition of confinement and the legitimate penological interests of security and allocation of resources within the Houston County Jail. Within my duties as Chaplain in the jail, I am not biased or prejudiced with regard to the beliefs and practices of the Orthodox Jewish faith. To the contrary, I try to assist inmates in the practice of their own religious beliefs as long as they do not violate the administrative policies of the jail related to safety, security and good order of the jail. Based upon information and belief, the time and place of the plaintiff's exercise of his religious beliefs may necessarily have to be regulated as necessary to assure and

maintain the security, safety and good order in the jail.

According to the jail records and reports from jail staff, while in the Houston County Jail the plaintiff was in segregation for most of his stay in the Houston County Jail. As a result, the restrictions of the plaintiff's confinement, the plaintiff was only permitted to receive religious ministry on an individual basis and not with other inmates in the jail.

_____
DAVID BAKER

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared **David Baker**, who being sworn by me according to law, deposes and states that the matters and things alleged in the above Affidavit are true and correct to the best of his information, knowledge and belief.

Sworn to and subscribed before me on this the 14th day of December, 2006.

_____
NOTARY PUBLIC
My Commission Expires: 12-9-2008