Houston County Jail
Policy and Procedure Directive

# RELIGION

Date Issued: May 1, 1999                               Policy Number: E-104

## POLICY:

It is the policy of the Houston County Jail to allow inmates the opportunity to worship in the recognized religion of their choice, to receive religious counseling, and to attend in-house religious programs or services.

## PROCEDURE:

Any religious programming provided to inmates must be authorized by the Sheriff or Jail Administrator.

Licensed or ordained clergy and religious volunteers who wish to provide scheduled religious programs must make a request in writing to the Jail Administrator before receiving authorization to enter the jail for those purposes.

The Jail Administrator will determine the location and hours of all religious programs.

All religious visitors are subject to search and must comply with all visitor regulations.

Inmates in administrative segregation may receive religious ministry individually only.

No inmate who, in the opinion of the Sheriff, Jail Administrator or Shift Supervisor, presents a security risk may attend religious services. Such inmates will be allowed access to religious counseling or conferences on an individual basis.

No member of the jail staff will discriminate against any inmate on the basis of that inmate's choice of religion.

The jail will not provide any religious materials of any nature to inmates at the jail's expense.

**EXHIBIT A**