IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF ALABAMA

| | |
|---|---|
| MICHAEL LEWIS WILEY ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 1:05-CV-1156-MEF |
| ) | |
| LAMAR GLOVER et. al., ) | |
| Defendants. ) | |

## MOTION FOR THE APPOINTMENT OF COUNSEL

**NOW INTO COURT comes MICHAEL WILEY,** the petitioner, appearing through pro se representation and respectfully moves this Honorable Court to appoint counsel for the purpose of representing the petitioner's claims set forth in my supplemental affidavit.

It is my intention to bring to the attention of the Court that I have no formal education in the practice of law. It has been brought to my attention that the large majority of cases involving prison litigation are pro se litigants. Many of these are frivolous actions brought against prison officials and are dismissed at the introductory level. Obviously this is not so in this case for it's continuation. Of all prison litigation cases only about 4% of these litigants have proffessional counsel and these are the cases that yield a more desirable result in regards to the plaintiffs. The merits are argued more professionally and there are better lines of communication between the plaintiffs and the defense.

I am an indegent petitioner with very limited resources for the purpose of arguing my claim. I am currently incarcerated and the place of incarceration has no programs implemented to further aid me in this cause. I feel I am at a disadvantage. I have no, nor have I access to anyone who has, education in the ways of the law. The defendants have professional legal representation.

Past experience has taught us that it is never a matter of "right vs. wrong" that brings about decision but rather matters of law and whom can produce the best argument. The disadvantage is that I, an indegent, am supposed to wage legal "war" against a trained proffesional practitioner of law. I have no access to Alabama State Law, statutes, codes, and violations, Criminal or civil, nor have have I even the use of a telephone. The defense

being aware of this has made it the sole motivation for their "Demand for Jury Trial."

It is a right to have the assistance of a "jailhouse lawyer" to aid in my efforts for the prepairation of writs and motions and such [(**Johnson v. Avery 393 U.S. 483**), (**Wolff v. McDonnel 418 U.S. 539**)], however, in **Beard v. ALabama Board of Corrections 413 F.2d 455** an absolute restriction against jailhouse lawyers "might well be sustained if the [institution] were to make available a sufficient number of qualified attorneys or other persons capable and willing to render voluntary assistance in the prepairations of petitions for ...relief." In sum, a "reasonable alternative"(**Johnson supra**) must be given in place of a jailhouse lawyer. The institution in which I am incarcerated does not place a ban on jailhouse lawyers but, in light of the handicaps I face in this environment (no access to state law or procedures, difficulty in communication) it is safe to say that a jailhouse lawyer would be completely ineffective. In light of the fact that there are no other reasonable alternatives to counsel, one should be appointed to me even if only for a few questions and suggestions for the purpose of **effective litigation**. It is my belief that an appointment of counsel is necessary for justice to be despensed properly.

Wherefore, the petitioner **MICHAEL WILEY**, prays this Honorable Court will appoint counsel for services in the above action.

Date: 7/20/2007

RESPECTFULY SUBMITTED

*Michael Wiley* (signature)

## CERTIFICATE OF SERVICE

I MICHAEL WILEY, did serve or cause to be served to the defendants an exact copy of this **MOTION FOR THE APPOINMENT OF COUNSEL** via the U.S. Postal Service on this Twentieth day of July, 2007.

_____
MICHAEL WILEY, Plaintiff

NAME MICHAEL WILEY
REG. NO. 11314-002  QTR. WB
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
MANCHESTER, KY 40962-4000

07/20/07

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosure to the above address.

U.S. District Court
P.O. Box 711
Montgomery AL 36101

