IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS WILEY, | ) |
| Federal Reg. # 11314-002, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:05cv1156-MEF |
| | ) |
| SHERIFF LAMAR GLOVER, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

On September 3, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 37). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The claims against Houston County Jail Staff are DISMISSED.

2. The motion for summary judgment filed on behalf of the properly named defendants is GRANTED.

3. Judgment is entered in favor of all defendants.

4. The costs of this proceeding are taxed against the plaintiff.

5. The case is DISMISSED WITH PREJUDICE.

Done this the 25th day of September, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE