IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS WILEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:05-cv-1156-MEF |
| | ) WO |
| LAMAR GLOVER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

It is hereby ORDERED:

1. That this Court's Order adopting the Report and Recommendation (Doc. #38) and the Final Judgment (Doc. #39) are VACATED.

2. That plaintiff's Motion to Alter or Amend Judgment (Doc. #40) filed on October 10, 2008 is DENIED as moot to the extent that it is a motion to alter judgment.

3. That the plaintiff shall file any objections he may have to the Report and Recommendation of the Magistrate Judge (Doc. #37) on or before November 3, 2008.

DONE this the 17th day of October, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE