IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS WILEY, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO.  1:05-cv-1156-MEF |
| | )                WO |
| LAMAR GLOVER, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the Defendants and against the Plaintiff and that this action is dismissed with prejudice. It is further ORDERED and ADJUDGED that costs are taxed against Plaintiff and in favor of all Defendants.

The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 9th of January, 2009.

                                              /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE